## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS (DALLAS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :

**In re**                   :       **Chapter 11**

**HOOTERS OF AMERICA, LLC,** *et al.,*   :       **Case No. 25-80078 (SWE)**

       **Debtors.**[1]          :       **(Jointly Administered)**
            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## TW RESTAURANT HOLDER, LLC (CASE NO. 25-80102)

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
ryan.dahl@ropesgray.com

- and -

**ROPES & GRAY LLP**
Chris L. Dickerson (admitted *pro hac vice*)
Rahmon J. Brown (admitted *pro hac vice*)
Michael K. Wheat (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
chris.dickerson@ropesgray.com
rahmon.brown@ropesgray.com
michael.wheat@ropesgray.com

**FOLEY & LARDNER LLP**
Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
Zachary C. Zahn (TX 24137675)
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
sajones@foley.com
zzahn@foley.com

*Proposed Counsel for the Debtors*                    *Proposed Co-Counsel for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Hooters of America., *et al.*,[1] | Case No. 25-80078 (SWE) |
| Debtors. | (Jointly Administered) |

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Hooters of America, LLC (5288); Owl Holdings, LLC (3103); Hawk Parent, LLC (2323); HOA Holdings, LLC (1180); Night Owl, LLC (4511); Owl Wings, LLC (4583); Owl Restaurant Holdings, LLC (7751); HOA Restaurant Group, LLC (7654); Derby Wings Holdings, LLC (8081); Derby Wings, LLC (6578); HOA Gift Cards, LLC (3684); Elf Owl Investments, LLC (3342); TW Lonestar Wings, LLC (3465); Alamo Wings, LLC (3702); HOA Holdco, LLC (8828); HOA Systems, LLC (2439); HOA Funding, LLC (4390); HOA Restaurant Holder, LLC (3883); HOOTS Restaurant Holder, LLC (5840); HOA IP GP, LLC (9555); HOOTS Franchising, LLC (8375); HOA Franchising, LLC (4451); HOA Maryland Restaurant Holder, LLC (1608); HOA Kansas Restaurant Holder, LLC (9045); TW Restaurant Holder, LLC (6927); DW Restaurant Holder, LLC (8261); HI Limited Partnership (2355); HOA Towson, LLC (1942); HOA Waldorf, LLC (5425); HOA Laurel, LLC (5010). The Debtors' service address is 1815 The Exchange SE, Atlanta, GA 30339.

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtors with the assistance of their advisors and are unaudited.

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements.  These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.  To the extent that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

The Debtors and their professionals do not and cannot guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While diligent and reasonable efforts have been made to provide accurate and complete information in the Schedules and Statements based on information that was available at the time of preparation, inadvertent errors or omissions may exist.  In no event shall the Debtors or their professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their professionals are advised of the possibility of such damages.

The Schedules and Statements have been signed by Keith Maib, Chief Restructuring Officer of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Maib necessarily relied upon the efforts, statements, and representations of the Debtors' management, other personnel, and advisors.  Mr. Maib has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning the reason behind certain payments.

The Global Notes supplement and are in addition to any specific notes contained in each Debtor's respective Schedules or Statements.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

1.  ***Description of Cases***.  On March 31, 2025 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court").   The Debtors' chapter 11 cases are jointly administered for procedural purposes only under the lead case caption *In re Hooters of America., et al.*, Case No. 25-80078-SWE (Bankr. N.D. Tex. 2025) [Docket No. [91]].  The Debtors are debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On April 15, 2025, the United States Trustee for the Northern District of Texas appointed a statutory committee of unsecured creditors pursuant to section 1102(a) and 1102(b)(1) of the Bankruptcy Code [Docket Nos. 187, 189].

2.  ***"As Of" Information Date***.  The information provided herein represents the data of the Debtors as of the Petition Date, unless otherwise indicated.  Unless otherwise indicated herein or in the Schedules and Statements, the amounts set forth in the Schedules and Statements reflect net book value as of the Petition Date.  Amounts ultimately realized may vary from the values ascribed in the Schedules and Statements and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend, modify or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3.  ***General Reservation of Rights***.  Diligent and reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to (a) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim (each a "Claim") description, designation, or Debtor against which the Claim is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim.

    Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including any rights or Claims of the Debtors against any third party or issues involving Claims, substantive consolidation, equitable subordination, recharacterization, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable bankruptcy or nonbankruptcy laws to recover assets or avoid transfers.

    Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in the above paragraphs, nor shall it otherwise infringe upon the Debtors' rights to amend their Schedules and Statements at any time before these chapter 11 cases are closed, pursuant to Bankruptcy Rule 1009.

4.     ***Basis of Presentation.***  Information contained in the Schedules and Statements has been derived from the Debtors' books and records.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared under GAAP.  Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that could be substantially different from financial information that would otherwise be prepared under GAAP.

To the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtors' enterprise value.

The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

5.     ***Causes of Action***.  Despite making diligent and reasonable efforts to identify all known assets, the Debtors may not have identified or set forth all of their causes of action (filed or potential) against third parties as assets in the Schedules and Statements, including causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity, or pursuant to any other theory (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action by the Debtors.

6.     ***Court Orders***.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees, PACA and PASA claimants, insurers, and taxing authorities.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements or listed as undetermined amounts where appropriate.  Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate, or to object or take other action as is necessary and appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

7.      ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

8.      ***Excluded Assets and Liabilities***.  Certain immaterial or *de minimis* assets and liabilities may have been excluded.  The Debtors have also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that have not been rejected, to the extent such damage Claims exist.

9.      ***Property Rights.***  Exclusion of certain property from the Schedules and Statements shall not be construed as an admission that such property rights have been abandoned, terminated, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain property shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10.     ***Property and Equipment***.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect thereto.

11.     ***Intercompany Payables and Receivables***.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be collectible, or allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

12.     ***Estimates***.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, the Debtors were required to make certain estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods.  The Debtors reserve all rights to amend, supplement, or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

13.     ***Fiscal Year***.  Unless otherwise indicated, each Debtor's most recent fiscal year ended on December 29, 2024.

14. ***Currency***.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  Currency conversions are generally as of the Petition Date.

15. ***Executory Contracts and Unexpired Leases***.  Although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases on Schedule G, it is possible that more Debtor entities are a counterparty to certain executory contracts on Schedule G than will be listed.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease.  Moreover, nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease or financing arrangement (including whether any lease or financing arrangement is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

The Debtors have historically performed under certain executory contracts between non-debtors.  The Debtors have listed such contracts on Schedule G and indicated the parties to such contracts in these Global Notes.

16. ***Insiders***.  In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing or omitting a party as an insider for purposes of the Schedules and Statements is for informational purposes only and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that they are not an "insider" or "affiliate" under applicable law or with respect to any theories of liability or for any other purpose.

17. ***Totals***.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

18. ***Unliquidated Claim Amounts***.  Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

19.     ***Undetermined Amounts***.  The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20.     ***Credits and Adjustments***.  The claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights respecting such credits, allowances and other adjustments, including the right to assert Claim objections and/or setoffs with respect to the same.

21.     ***Guaranties and Other Secondary Liability Claims***.  The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing.  Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties.  The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings and debt instruments on Schedules G and H.

22.     ***Mechanics' Liens***.  The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialmans', or other similar statutory liens.  Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

23.     ***Entity Classification Issues***.  The Debtors have used their best efforts to identify the assets owned by each Debtor, the liabilities owed by each Debtor, and the Debtor that is a counterparty to executory contacts and unexpired leases; however, there are certain inherent limitations in making such identifications, including that: (a) certain assets and executory contacts and unexpired leases may be primarily used by a Debtor other than the entity which holds title to such assets or is a party to such executory contact and unexpired lease according to the Debtors' books and records; (b) the Debtor entity that owns or holds title to certain assets or is a party to certain executory contracts and unexpired leases may not be ascertainable given the consolidated manner in which the Debtors have operated their businesses; (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (d) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.

In particular, due to the Debtor's ordinary course practices of keeping their books and records, it is not possible to independently report the financial results of five of the subsidiary entities.  Consequently, the consolidated financial reports of HOA Maryland Restaurant Holder, LLC (46-5591608) and HOA Kansas Restaurant Holder, LLC (46-5553883) are consolidated with their respective immediate parent company, HOA

Restaurant Holder, LLC (46-5553883). The financial results of three direct subsidiaries of HOA Maryland Restaurant Holder, LLC, which are HOA Towson LLC (46-5711942), HOA Laurel, LLC (46-5725010), and HOA Waldorf, LLC (46-5735425) are consolidated with HOA Restaurant Holder, LLC, the immediate parent of HOA Maryland Restaurant Holder, LLC.

### Specific Disclosures with Respect to the Debtors' Schedules

24.    *Schedule A/B.*  Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' claim.

The Debtors' failure to list any rights in property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

25.    *Schedule A/B 3.*  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 12] (the "Cash Management Motion").

26.    *Schedule A/B 7.*  The Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.

27.    *Schedule A/B 8.*  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but undertake no obligation, to amend the Schedules and Statements if prepayments are incorrectly identified.

28.    *Schedule A/B 21.*  The Debtors' inventory on the balance sheet consists of food and beverage products. Paper products are expensed upon acquisition and not recorded in inventory on the balance sheet. The Debtors take inventory every two-weeks. As such, the finished good inventory reported in response to Question 21 is as of March 23, 2025, the last inventory recorded prior to the Petition Date. The Debtors reviewed inventories

taken as of April 6, 2025 and the amounts were not materially different than the March 23, 2025 inventories.

29.    ***Schedule A/B 55.*** Leasehold interests that have been rejected pursuant to the rejection procedures set forth in the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 158] are not included in Schedule A/B 55.

30.    ***Schedule A/B 60–62.*** The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable.  Values are listed as undetermined where appropriate.

31.    ***Schedule A/B 72.*** The Debtors believe, but have been unable to verify, that they may hold interests in unused net operating losses.  The Debtors will amend this Schedule to the extent necessary as the Debtors receive additional information.

32.    ***Schedule A/B 73.*** The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. A list of the Debtors insurance policies and related information is available in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Program and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Brokerage Fees, and (D) Maintain Their Surety Bond Program and (II) Granting Related Relief* [Docket No. 8] (the "Insurance Motion"). The Debtors believe that there is little or no cash value to the vast majority of such insurance policies and therefore such policies are not listed on Schedule A/B but may be found in Exhibit A to the Insurance Motion.

33.    ***Schedule A/B 75.*** In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

34.    ***Schedule A/B 77.*** The Debtors continue to review intercompany receivables and payables and, for the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

35.    ***Schedule D.*** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization

of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Schedule D does not include parties who have filed notices of perfection of liens pursuant to section 546(b) of the Bankruptcy Code.

In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of another Debtor, however no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

36. ***Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims.*** The listing of any claim on Schedule E/F, Part 1 does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time. Further, to the extent such claims have been paid or may be paid pursuant to a court order, they may not be included on Schedule E.

37. ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.***

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

The Debtors have attempted to relate all liabilities to each particular Debtor. Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts. The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights. Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves, such as accrued tax or wage related obligations.

Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date.  Additionally, the Debtors have excluded wage claims that have been paid or will be paid pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations, and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief* [Docket No. 93], and certain trade claims that qualify as PACA/PASA Claims pursuant to the *Final Order (I) Authorizing  Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and PACA/PASA Claimants (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests, and (III) Granting Related Relief* [Docket No. 258].

The claims listed in Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors, but not any potential litigation that has been threatened but not commenced.  In certain instances, the Debtor or related co-defendants that are the subject of the litigation may be unclear or undetermined.  To the extent that litigation involving a particular Debtor or related co-defendant has been identified, such information is contained in the Schedule for that Debtor.  Additionally, to the extent the identification of contingent co-defendants is unknown or unclear, the Debtors have listed only the underlying litigation.  The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts or unexpired leases that may be rejected, to the extent such damage claims exist.  Further, Schedule E/F may include certain mechanics or materialmen's liens against non-debtor property leased by the Debtors.  The Debtors believe these are general unsecured claims, if and to the extent they are valid Claims, which the Debtors reserve the right to dispute, and the inclusion of such Claims should not be construed as an admission that such Claims are valid.

38.    ***Schedule G.***  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been

modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider may appear multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for goods, supplies, products, services, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods, supplies, or products were delivered, or services performed under purchase orders before the Petition Date, vendors' claims with respect to such delivered goods, supplies, or product and performed services are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, and division order agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease, and the Debtors reserve all rights in that regard,

including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

39.     ***Schedule H.***   The Debtors have not listed any litigation-related to co-Debtors on Schedule H. Instead, such listings can be found on the Debtors' Schedules E/F.

## Specific Disclosures with Respect to the Debtors' Statements

40.     ***Statements 3***. Statement 3 includes any disbursement or other transfer made by a Debtor where the aggregate transfers exceed $7,575, except for regular employee compensation and those made to insiders, which are reflected on Statements 4.

41.     ***Statements 4 & 30.***  The Debtors have included responses to Statement 30 in Statement 4.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

Payments to the Chief Restructuring Officer are not included on Statement 4 and instead are included on Statement 11.

42.     ***Statement 5.***  In the one year before the Petition Date, certain of the Debtors' landlords at the leased properties where the Debtors operated restaurants exercised contractual rights to terminate the leases. The Debtors did not own those leased properties, so the value associated with such property was not attributable to the Debtors' estates prior to the Petition Date.

43.     ***Statement 7***. The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto. Statement 7 does not include potential litigation that has been threatened but not yet commenced. In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question

7, or additional legal actions, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

Despite reasonable efforts, the Debtors may not have identified all current causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

44.    *Statement 9*.  In the ordinary course of business, the Debtors host fundraising events at various stores to raise money for certain charities.  Payments to charitable organizations listed on this response to Question 9 may include fundraiser proceeds collected by Debtor and non-Debtor participants.  More information about the Debtors' fundraising activities can be found in the *Cash Management Motion*.

45.    *Statement 11.*  The Debtors have used reasonable efforts to identify payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date.  The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.  The Debtors have listed all such payments on the Statement of Hooters of America, LLC.  Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications for those firms and related orders.

46.    *Statement 13*.  The Debtors may, from time to, transfer equipment and other assets and/or sell certain equipment and other assets to third parties.  These types of ordinary course transfers have not been disclosed.  The Debtors may also abandon assets in place at the locations for which they have no future use or have been unable to sell to a third party.  These types of transfers have not been disclosed.

47.    *Statement 14.*  To the extent that the Debtors vacated store locations during the three years immediately preceding the Petition Date, information on those former store locations is contained in the Debtors' response to Statement 14.

48.    *Statement 26(d).*  From time to time, the Debtors provided financial statements in the ordinary course of business to numerous parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors. Financial statements may have also been provided to other parties as requested, subject to

customary non-disclosure requirements where applicable.  In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in their response to Statement 26.

49.     ***Statement 28.***  For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 5% of the ownership interests in the applicable Debtor entity.  Entities listed as "controlling shareholders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

---

**Fill in this information to identify the case:**

Debtor name     **TW Restaurant Holder, LLC**

United States Bankruptcy Court for the:     **Northern District of Texas (Dallas)**

Case number (if known)     **25-80102**

☐ Check if this is an amended filing

---

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**     **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
          Copy line 88 from Schedule A/B.......................................................................... $     **13,906,802.70**
                                                                                                     **plus undetermined amounts**

    1b.   **Total personal property:**
          Copy line 91A from Schedule A/B........................................................................ $     **312,492,966.43**
                                                                                                     **plus undetermined amounts**

    1c.   **Total of all property:**
          Copy line 92 from Schedule A/B........................................................................... $     **326,399,769.13**
                                                                                                     **plus undetermined amounts**

---

**Part 2:**     **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................ $     **307,266,532.04**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
          Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. $     **266,868.95**
                                                                                                     **plus undetermined amounts**

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
          Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **348,007,394.57**
                                                                                                     **plus undetermined amounts**

4.   **Total liabilities** .........................................................................................................
     Lines 2 + 3a + 3b

     | $ | **655,540,795.56** |
     |---|---|
     | | **plus undetermined amounts** |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **TW Restaurant Holder, LLC** |
| United States Bankruptcy Court for the: | **Northern District of Texas (Dallas)** |
| Case number (if known) | **25-80102** |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2.** **Cash on Hand** | |
| 2.1 PETTY CASH IN STORES OR IN TRANSIT FROM STORES | $48,349.30 |

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** **Checking, savings, money market, or financial brokerage accounts** | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 BANK OF AMERICA | RESTAURANT DEPOSIT ACCOUNT | 1907 | $0.00 |
| 3.2 BANK OF AMERICA | RESTAURANT DISBURSEMENT ACCOUNT | 4621 | $0.00 |

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **4.** **Other cash equivalents** *(Identify all)* | |
| 4.1 | $0.00 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|--------|-------------------------------|--------------------------|--------------|
| | Name | | |

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|--|
| **$48,349.30** |

| **Part 2:** | **Deposits and Prepayments** |
|-------------|------------------------------|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

|  |  | Current value of debtor's interest |
|--|--|------------------------------------|
| 7. | **Deposits, including security deposits and utility deposits** <br> Description, including name of holder of deposit | |
| 7.1 | ATMOS ENERGY | ATMOS ENERGY | $533.00 |
| 7.2 | ATMOS ENERGY | ATMOS ENERGY | $408.00 |
| 7.3 | ATMOS ENERGY | ATMOS ENERGY | $626.00 |
| 7.4 | ATMOS ENERGY | ATMOS ENERGY | $680.00 |
| 7.5 | ATMOS ENERGY | ATMOS ENERGY | $623.00 |
| 7.6 | ATMOS ENERGY | ATMOS ENERGY | $485.00 |
| 7.7 | ATMOS ENERGY | ATMOS ENERGY | $605.00 |
| 7.8 | ATMOS ENERGY | ATMOS ENERGY | $733.00 |
| 7.9 | ATMOS ENERGY | ATMOS ENERGY | $731.00 |
| 7.10 | ATMOS ENERGY | ATMOS ENERGY | $549.00 |
| 7.11 | ATMOS ENERGY | ATMOS ENERGY | $592.00 |
| 7.12 | ATMOS ENERGY | ATMOS ENERGY | $572.00 |
| 7.13 | ATMOS ENERGY | ATMOS ENERGY | $1,374.00 |
| 7.14 | ATMOS ENERGY | ATMOS ENERGY | $836.00 |
| 7.15 | ATMOS ENERGY | ATMOS ENERGY | $568.00 |
| 7.16 | ATMOS ENERGY | ATMOS ENERGY | $695.00 |
| 7.17 | ATMOS ENERGY | ATMOS ENERGY | $398.00 |
| 7.18 | ATMOS ENERGY | ATMOS ENERGY | $635.00 |
| 7.19 | CENTERPOINT ENERGY TX | CENTERPOINT ENERGY TX | $406.00 |
| 7.20 | CENTERPOINT ENERGY TX | CENTERPOINT ENERGY TX | $418.00 |
| 7.21 | CENTERPOINT ENERGY TX | CENTERPOINT ENERGY TX | $561.00 |
| 7.22 | CENTERPOINT ENERGY TX | CENTERPOINT ENERGY TX | $393.00 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.23 | CENTERPOINT ENERGY TX | CENTERPOINT ENERGY TX | $434.00 |
| 7.24 | CENTERPOINT ENERGY TX | CENTERPOINT ENERGY TX | $416.00 |
| 7.25 | CENTERPOINT ENERGY TX | CENTERPOINT ENERGY TX | $443.00 |
| 7.26 | CENTERPOINT ENERGY TX | CENTERPOINT ENERGY TX | $415.00 |
| 7.27 | CENTERPOINT ENERGY TX | CENTERPOINT ENERGY TX | $682.00 |
| 7.28 | CITY OF ABILENE WATER UTILITY | CITY OF ABILENE WATER UTILITY | $620.00 |
| 7.29 | CITY OF AMARILLO | CITY OF AMARILLO | $632.00 |
| 7.30 | CITY OF ARLINGTON TX | CITY OF ARLINGTON TX | $852.00 |
| 7.31 | CITY OF CEDAR HILL | CITY OF CEDAR HILL | $645.00 |
| 7.32 | CITY OF CEDAR HILL | CITY OF CEDAR HILL | $156.00 |
| 7.33 | CITY OF CORPUS CHRISTI TX | CITY OF CORPUS CHRISTI TX | $571.00 |
| 7.34 | CITY OF DALLAS TX | CITY OF DALLAS TX | $393.00 |
| 7.35 | CITY OF DENTON | CITY OF DENTON | $2,865.00 |
| 7.36 | CITY OF FORT WORTH WATER DEPT | CITY OF FORT WORTH WATER DEPT | $519.00 |
| 7.37 | CITY OF FRISCO | CITY OF FRISCO | $574.00 |
| 7.38 | CITY OF GARLAND | CITY OF GARLAND | $2,957.00 |
| 7.39 | CITY OF GRAND PRAIRIE WATER | CITY OF GRAND PRAIRIE WATER | $705.00 |
| 7.40 | CITY OF GRAPEVINE | CITY OF GRAPEVINE | $245.00 |
| 7.41 | CITY OF GRAPEVINE | CITY OF GRAPEVINE | $208.00 |
| 7.42 | CITY OF HUMBLE | CITY OF HUMBLE | $313.00 |
| 7.43 | CITY OF MCKINNEY | CITY OF MCKINNEY | $889.00 |
| 7.44 | CITY OF MESQUITE TX | CITY OF MESQUITE TX | $790.00 |
| 7.45 | CITY OF ODESSA | CITY OF ODESSA | $4,724.00 |
| 7.46 | CITY OF ODESSA | CITY OF ODESSA | $13.00 |
| 7.47 | CITY OF PASADENA | CITY OF PASADENA | $509.00 |
| 7.48 | CITY OF PEARLAND | CITY OF PEARLAND | $582.00 |
| 7.49 | CITY OF PLANO TX | CITY OF PLANO TX | $693.00 |
| 7.50 | CITY OF SAN MARCOS | CITY OF SAN MARCOS | $1,062.00 |
| 7.51 | CITY OF SAN MARCOS | CITY OF SAN MARCOS | $39.00 |
| 7.52 | CITY OF SAN MARCOS | CITY OF SAN MARCOS | $1,793.00 |
| 7.53 | CITY OF SELMA | CITY OF SELMA | $31.00 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.54 | CITY OF SELMA | CITY OF SELMA | $555.00 |
| 7.55 | CITY OF WEBSTER (TX) | CITY OF WEBSTER (TX) | $558.00 |
| 7.56 | CNP UD | CNP UD | $331.00 |
| 7.57 | CPS ENERGY | CPS ENERGY | $1,947.00 |
| 7.58 | CPS ENERGY | CPS ENERGY | $395.00 |
| 7.59 | CPS ENERGY | CPS ENERGY | $376.00 |
| 7.60 | CPS ENERGY | CPS ENERGY | $11.00 |
| 7.61 | CPS ENERGY | CPS ENERGY | $1,722.00 |
| 7.62 | CPS ENERGY | CPS ENERGY | $339.00 |
| 7.63 | CPS ENERGY | CPS ENERGY | $2,105.00 |
| 7.64 | CPS ENERGY | CPS ENERGY | $484.00 |
| 7.65 | CPS ENERGY | CPS ENERGY | $1,136.00 |
| 7.66 | EL PASO ELECTRIC | EL PASO ELECTRIC | $1,842.00 |
| 7.67 | EL PASO ELECTRIC | EL PASO ELECTRIC | $277.00 |
| 7.68 | EL PASO ELECTRIC | EL PASO ELECTRIC | $1,176.00 |
| 7.69 | EL PASO ELECTRIC | EL PASO ELECTRIC | $893.00 |
| 7.70 | EL PASO WATER UTILITIES | EL PASO WATER UTILITIES | $761.00 |
| 7.71 | EL PASO WATER UTILITIES | EL PASO WATER UTILITIES | $48.00 |
| 7.72 | EL PASO WATER UTILITIES | EL PASO WATER UTILITIES | $150.00 |
| 7.73 | EL PASO WATER UTILITIES | EL PASO WATER UTILITIES | $298.00 |
| 7.74 | EL PASO WATER UTILITIES | EL PASO WATER UTILITIES | $778.00 |
| 7.75 | FORT BEND CO WCID #2 | FORT BEND CO WCID #2 | $901.00 |
| 7.76 | FORT BEND CO WCID #2 | FORT BEND CO WCID #2 | $2.00 |
| 7.77 | HARLINGEN WATERWORKS SYSTEM | HARLINGEN WATERWORKS SYSTEM | $692.00 |
| 7.78 | HARLINGEN WATERWORKS SYSTEM | HARLINGEN WATERWORKS SYSTEM | $12.00 |
| 7.79 | HARLINGEN WATERWORKS SYSTEM | HARLINGEN WATERWORKS SYSTEM | $1.00 |
| 7.80 | NORTH RICHLAND HILLS UTILITY | NORTH RICHLAND HILLS UTILITY | $1,076.00 |
| 7.81 | ROUND ROCK TEXAS | ROUND ROCK TEXAS | $443.00 |
| 7.82 | SAN ANTONIO WATER SYSTEMS | SAN ANTONIO WATER SYSTEMS | $290.00 |
| 7.83 | SAN ANTONIO WATER SYSTEMS | SAN ANTONIO WATER SYSTEMS | $449.00 |
| 7.84 | SAN ANTONIO WATER SYSTEMS | SAN ANTONIO WATER SYSTEMS | $413.00 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.85 | SAN ANTONIO WATER SYSTEMS | SAN ANTONIO WATER SYSTEMS | $72.00 |
| 7.86 | SAN ANTONIO WATER SYSTEMS | SAN ANTONIO WATER SYSTEMS | $33.00 |
| 7.87 | SOUTHWESTERN ELECTRIC POWER | SOUTHWESTERN ELECTRIC POWER | $1,585.00 |
| 7.88 | SUMMIT UTILITIES ARKANSAS INC | SUMMIT UTILITIES ARKANSAS INC | $341.00 |
| 7.89 | TEXARKANA WATER UTILITIES | TEXARKANA WATER UTILITIES | $333.00 |
| 7.90 | TEXAS GAS SERVICE | TEXAS GAS SERVICE | $595.00 |
| 7.91 | TEXAS GAS SERVICE | TEXAS GAS SERVICE | $577.00 |
| 7.92 | TOWN OF ADDISON | TOWN OF ADDISON | $500.00 |
| 7.93 | TXU ENERGY | TXU ENERGY | $1,544.00 |
| 7.94 | TXU ENERGY | TXU ENERGY | $1,846.00 |
| 7.95 | TXU ENERGY | TXU ENERGY | $1,720.00 |
| 7.96 | TXU ENERGY | TXU ENERGY | $2,158.00 |
| 7.97 | TXU ENERGY | TXU ENERGY | $2,257.00 |
| 7.98 | TXU ENERGY | TXU ENERGY | $1,674.00 |
| 7.99 | TXU ENERGY | TXU ENERGY | $1,624.00 |
| 7.100 | TXU ENERGY | TXU ENERGY | $2,027.00 |
| 7.101 | TXU ENERGY | TXU ENERGY | $1,441.00 |
| 7.102 | TXU ENERGY | TXU ENERGY | $1,981.00 |
| 7.103 | TXU ENERGY | TXU ENERGY | $2,133.00 |
| 7.104 | TXU ENERGY | TXU ENERGY | $1,836.00 |
| 7.105 | TXU ENERGY | TXU ENERGY | $2,305.00 |
| 7.106 | TXU ENERGY | TXU ENERGY | $1,659.00 |
| 7.107 | TXU ENERGY | TXU ENERGY | $1,838.00 |
| 7.108 | TXU ENERGY | TXU ENERGY | $1,742.00 |
| 7.109 | TXU ENERGY | TXU ENERGY | $1,722.00 |
| 7.110 | TXU ENERGY | TXU ENERGY | $7.00 |
| 7.111 | TXU ENERGY | TXU ENERGY | $13.00 |
| 7.112 | TXU ENERGY | TXU ENERGY | $2,261.00 |
| 7.113 | TXU ENERGY | TXU ENERGY | $1,934.00 |
| 7.114 | TXU ENERGY | TXU ENERGY | $1,599.00 |
| 7.115 | TXU ENERGY | TXU ENERGY | $1,663.00 |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (*if known*) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | | |
| | Description, including name of holder of deposit | | | |
| 7.116 | TXU ENERGY | | TXU ENERGY | $21.00 |
| 7.117 | TXU ENERGY | | TXU ENERGY | $2,264.00 |
| 7.118 | TXU ENERGY | | TXU ENERGY | $1,603.00 |
| 7.119 | TXU ENERGY | | TXU ENERGY | $43.00 |
| 7.120 | TXU ENERGY | | TXU ENERGY | $33.00 |
| 7.121 | TXU ENERGY | | TXU ENERGY | $44.00 |
| 7.122 | TXU ENERGY | | TXU ENERGY | $2,196.00 |
| 7.123 | TXU ENERGY | | TXU ENERGY | $6.00 |
| 7.124 | TXU ENERGY | | TXU ENERGY | $1,249.00 |
| 7.125 | WEST MEMORIAL MUD | | WEST MEMORIAL MUD | $318.00 |
| 7.126 | WEST MEMORIAL MUD | | WEST MEMORIAL MUD | $8.00 |
| 7.127 | XCEL-SOUTHWESTERN PUBLIC | | XCEL-SOUTHWESTERN PUBLIC | $1,000.00 |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | | |
| | Description, including name of holder of prepayment | | | |
| 8.1 | | | | $0.00 |

| 9. | **Total of Part 2.** | |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | **$111,457.00** |

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|--------|-------------------------------|--------------------------|--------------|
|        | Name                          |                          |              |

|  | | **Current value of debtor's interest** |
|---|---|---|

**11.**   **Accounts receivable**

| 11a. 90 days old or less: | $819,541.37 | - | $0.00 | = | $819,541.37 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| **$819,541.37** |
|---|

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | $0.00 |
|---|---|---|---|

|  | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership

| 15.1 | | | $0.00 |
|---|---|---|---|

|  | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | $0.00 |
|---|---|---|---|

---

**17.**   **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

| **$0.00** |
|---|

Debtor    **TW Restaurant Holder, LLC**                                    Case number (*if known*) **25-80102**
_____
Name

| Part 5: | Inventory, excluding agriculture asset |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes. Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| 19.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20.** | **Work in progress** | | | |
| 20.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** | **Finished goods, including goods held for resale** | | | |
| 21.1 | FINISHED GOOD INVENTORY - FOOD AND PAPER PRODUCTS | 3/23/2025 | $996,554.22 | LOWER OF COST OR MARKET | $996,554.22 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** | **Other inventory or supplies** | | | |
| 22.1 | | | | $0.00 |

**23.   Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$996,554.22

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

**24.   Is any of the property listed in Part 5 perishable?**

☐ No.

☑ Yes.

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☑ Yes. Book value _____$996,554.22_____ Valuation method _____LOWER OF COST OR MARKET_____ Current Value _____$996,554.22_____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.   Crops–either planted or harvested** | | | |
| 28.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **29.   Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 29.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30.   Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 30.1 | | | $0.00 |

Debtor    **TW Restaurant Holder, LLC**
          _____    Case number (*if known*)  **25-80102**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31.** | **Farm and fishing supplies, chemicals, and feed** | | |
| 31.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **32.** | **Other farming and fishing-related property not already listed in Part 6** | | |
| 32.1 | | | $0.00 |

**33.**    **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.**    **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No.

☐ Yes.

**35.**    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.**    **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37.**    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Debtor | TW Restaurant Holder, LLC | Case number (*if known*) | 25-80102 |
|---|---|---|---|
| | Name | | |

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes. Fill in the information below

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 39.1 | FURNISHINGS | $356,125.73 | NET BOOK VALUE | $356,125.73 |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 40.1 | FIXTURES, SIGNAGE | $337,450.90 | NET BOOK VALUE | $337,450.90 |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | COMPUTER HARDWARE, SOUND/VIDEO, COMMUNICATION EQUIPMENT | $1,158,983.30 | NET BOOK VALUE | $1,158,983.30 |
| 41.2 | COMPUTER SOFTWARE | $402.72 | NET BOOK VALUE | $402.72 |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 42. | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | STORE ARTIFACTS | $51,620.26 | NET BOOK VALUE | $51,620.26 |

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86 | **$1,904,582.91** |

Debtor    **TW Restaurant Holder, LLC**                                      Case number (*if known*)  **25-80102**
_____        _____
          Name

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐  No.

■  Yes.


45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■  No.

☐  Yes.


| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

■  Yes. Fill in the information below

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 49.  **Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | STORE EQUIPMENT | $2,616,953.78 | NET BOOK VALUE | $2,616,953.78 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | **$2,616,953.78** |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

■ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes. Fill in the information below

| | **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1 | (RESTAURANT) STORE NO. 157 MESQUITE 3902 TOWNE CROSSING BLVD. MESQUITE, TX, TX 75150 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.2 | (RESTAURANT) STORE NO. 170 NORTH RICHLAND HILLS 7669 GRAPEVINE HWY. N. RICHLAND HILLS, TX 76180 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.3 | (RESTAURANT) STORE NO. 172 NASA 20796 GULF FREEWAY WEBSTER, TX, TX 77598 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.4 | (RESTAURANT) STORE NO. 2 ADDISON 5005 BELTLINE ROAD ADDISON, TX 75240 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.5 | (RESTAURANT) STORE NO. 210 PLANO 720 CENTRAL EXPRESSWAY PLANO, TX 75074 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.6 | (RESTAURANT) STORE NO. 228 ROUND ROCK 2700 SOUTH I-H 35 ROUND ROCK, TX 78681 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.7 | (RESTAURANT) STORE NO. 232 SAN ANTONIO NORTH 8527 WURZBACH ROAD, SAN ANTONIO, TX 78240 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.8 | (RESTAURANT) STORE NO. 235 SAN PEDRO 13131 SAN PEDRO, SAN ANTONIO, TX 78216 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.9 | (RESTAURANT) STORE NO. 243 SPRING 120 FM 1960 W. HOUSTON, TX 77090 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.10 | (RESTAURANT) STORE NO. 278 FRISCO 4224 PRESTON ROAD FRISCO, TX 75035 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.11 | (RESTAURANT) STORE NO. 403 GRAPEVINE 1711 CROSSROADS DR. GRAPEVINE, TX 76051 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.12 | (RESTAURANT) STORE NO. 420 WILLOWBROOK 17599 TOMBALL FREEWAY HOUSTON, TX 77064 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.13 | (RESTAURANT) STORE NO. 440 SUGARLAND 12759 S. W. FREEWAY STAFFORD, TX 77477 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.14 | (RESTAURANT) STORE NO. 453 MCKINNEY 1775 N. CENTRAL EXPRESSWAY MCKINNEY, TX 75070 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.15 | (RESTAURANT) STORE NO. 471 SELMA 15412 INTERSTATE 35 N SELMA, TX 78154 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | **TW Restaurant Holder, LLC** | | | | |
| | Name | | Case number (*if known*) | **25-80102** | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.16 | (RESTAURANT) STORE NO. 5 AMARILLO 8101 I-40 WEST AMARILLO, TX 79121 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.17 | (RESTAURANT) STORE NO. 539 HUMBLE 20150 HWY. 59 NORTH HUMBLE, TX 77338 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.18 | (RESTAURANT) STORE NO. 55 CORPUS CHRISTI 4551 S. PADRE ISLAND DR. CORPUS CHRISTI, TX 78411 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.19 | (RESTAURANT) STORE NO. 569 DENTON 985 S. I-35 EAST DENTON, TX 76205 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.20 | (RESTAURANT) STORE NO. 57 WEST END 2201 N. LAMAR DALLAS, TX 75202 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.21 | (RESTAURANT) STORE NO. 578 ODESSA 2660 JOHN BEN SHEPPERD PKWY. ODESSA, TX 79761 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.22 | (RESTAURANT) STORE NO. 657 TEXARKANA 5101 N. STATELINE AVENUE TEXARKANA, TX 75503 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.23 | (RESTAURANT) STORE NO. 667 KATY 22575 KATY FREEWAY KATY, TX 77450 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.24 | (RESTAURANT) STORE NO. 672 PASADENA TX 3656 E. SAM HOUSTON PKWY. PASADENA, TX 77505 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.25 | (RESTAURANT) STORE NO. 7 ARLINGTON NORTH 1511 N. COLLINS ST. ARLINGTON, TX 76011 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.26 | (RESTAURANT) STORE NO. 71 EL PASO 1170 SUNMOUNT EL PASO, TX 79925 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.27 | (RESTAURANT) STORE NO. 813 GARLAND 4781 BASS PRO DRIVE GARLAND, TX 75043 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.28 | (RESTAURANT) STORE NO. 822 PEARLAND 15838 SOUTH FREEWAY PEARLAND, TX 77584 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.29 | (RESTAURANT) STORE NO. 826 HARLINGEN 98 BASS PRO DRIVE HARLINGEN, TX 78552 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (*if known*) | **25-80102** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.30 | (RESTAURANT) STORE NO. 827 SAN MARCOS 310 N IH35 N, SUITE 201 SAN MARCOS, TX 78666 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.31 | (RESTAURANT) STORE NO. 838 SA WEST 9802 INGRAM ROAD SAN ANTONIO, TX 78245 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.32 | (RESTAURANT) STORE NO. 852 ABILENE 2042 E. OVERLAND TRAIL ABILENE, TX 79601 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.33 | (RESTAURANT) STORE NO. 857 CEDAR HILL 622 UPTOWN BOULEVARD CEDAR HILL, TX 75104 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.34 | (RESTAURANT) STORE NO. 87 FORT WORTH 5350 SW BLVD. FT. WORTH, TX 76109 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.35 | (RESTAURANT) STORE NO. 870 GRAND PRAIRIE 2750 WEST INTERSTATE 20 GRAND PRAIRIE, TX 75052 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.36 | (RESTAURANT) STORE NO. EL PASO EAST 1799 JOE BATTLE BLVD. EL PASO, TX 79936 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.37 | (RESTAURANT) STORE NO. SAN ANTONIO 13131 SAN PEDRO SAN ANTONIO, TX 78216 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.38 | LEASEHOLD IMPROVEMENTS | LEASED | $13,906,802.70 | NET BOOK VALUE | $13,906,802.70 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.38 and entries from any additional sheets.
Copy the total to line 88

> **$13,906,802.70**
> **plus undetermined amounts.**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☑ Yes.

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.    Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.    Licenses, franchises, and royalties** | | | |
| 62.1 | LIQUOR LICENSE - ABILENE, TX (STORE NO. 2059) - TABC - LICENSE NO. MB982012 | UNDETERMINED | N/A | UNDETERMINED |
| 62.2 | LIQUOR LICENSE - ABILENE, TX (STORE NO. 2059) - TAYLOR COUNTY - LICENSE NO. 105239210 | UNDETERMINED | N/A | UNDETERMINED |
| 62.3 | LIQUOR LICENSE - ADDISON, TX (STORE NO. 2005) - DALLAS COUNTY - LICENSE NO. MB 103141013 | UNDETERMINED | N/A | UNDETERMINED |
| 62.4 | LIQUOR LICENSE - ADDISON, TX (STORE NO. 2005) - TABC - LICENSE NO. MB103141013 | UNDETERMINED | N/A | UNDETERMINED |
| 62.5 | LIQUOR LICENSE - ADDISON, TX (STORE NO. 2005) - TOWN OF ADDISON - LICENSE NO. 2/BEV - 181 | UNDETERMINED | N/A | UNDETERMINED |
| 62.6 | LIQUOR LICENSE - AMARILLO, TX (STORE NO. 2015) - POTTER COUNTY - LICENSE NO. PE646238 | UNDETERMINED | N/A | UNDETERMINED |
| 62.7 | LIQUOR LICENSE - AMARILLO, TX (STORE NO. 2015) - TABC - LICENSE NO. MB-102779991 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (*if known*) | **25-80102** |
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.8 | LIQUOR LICENSE - ARLINGTON, TX (STORE NO. 2004) - CITY OF ARLINGTON - LICENSE NO. 12-734776 | UNDETERMINED | N/A | UNDETERMINED |
| 62.9 | LIQUOR LICENSE - ARLINGTON, TX (STORE NO. 2004) - TABC - LICENSE NO. MB103141014 | UNDETERMINED | N/A | UNDETERMINED |
| 62.10 | LIQUOR LICENSE - ARLINGTON, TX (STORE NO. 2004) - TARRANT COUNTY - LICENSE NO. MB805275 (COUNTY) | UNDETERMINED | N/A | UNDETERMINED |
| 62.11 | LIQUOR LICENSE - ARLINGTON, TX (STORE NO. 2027) - TABC - LICENSE NO. 100169807 | UNDETERMINED | N/A | UNDETERMINED |
| 62.12 | LIQUOR LICENSE - ARLINGTON, TX (STORE NO. 2027) - TARRANT COUNTY - LICENSE NO. 673304 | UNDETERMINED | N/A | UNDETERMINED |
| 62.13 | LIQUOR LICENSE - BEAUMONT, TX (STORE NO. 2044) - CITY OF BEAUMONT - LICENSE NO. 20-00051795 | UNDETERMINED | N/A | UNDETERMINED |
| 62.14 | LIQUOR LICENSE - BEAUMONT, TX (STORE NO. 2044) - JEFFERSON COUNTY - LICENSE NO. 101242607 | UNDETERMINED | N/A | UNDETERMINED |
| 62.15 | LIQUOR LICENSE - BEAUMONT, TX (STORE NO. 2044) - TABC - LICENSE NO. 101242607 OLD MB636048 | UNDETERMINED | N/A | UNDETERMINED |
| 62.16 | LIQUOR LICENSE - BRYAN, TX (STORE NO. 2055) - CITY OF BRYAN - LICENSE NO. 22-00035634 | UNDETERMINED | N/A | UNDETERMINED |
| 62.17 | LIQUOR LICENSE - CEDAR HILL, TX (STORE NO. 2058) - DALLAS COUNTY TAX OFFICE - LICENSE NO. MB977237 | UNDETERMINED | N/A | UNDETERMINED |
| 62.18 | LIQUOR LICENSE - CEDAR HILL, TX (STORE NO. 2058) - TABC - LICENSE NO. 105162547 | UNDETERMINED | N/A | UNDETERMINED |
| 62.19 | LIQUOR LICENSE - CORPUS CHRISTI, TX (STORE NO. 2022) - CITY OF CORPUS CHRISTI - LICENSE NO. 16LBE691 | UNDETERMINED | N/A | UNDETERMINED |
| 62.20 | LIQUOR LICENSE - CORPUS CHRISTI, TX (STORE NO. 2022) - NUECES COUNTY - LICENSE NO. 200129301 | UNDETERMINED | N/A | UNDETERMINED |
| 62.21 | LIQUOR LICENSE - CORPUS CHRISTI, TX (STORE NO. 2022) - TABC - LICENSE NO. MB200129301 | UNDETERMINED | N/A | UNDETERMINED |
| 62.22 | LIQUOR LICENSE - DALLAS, TX (STORE NO. 2001) - CITY OF DALLAS - LICENSE NO. 1185441 | UNDETERMINED | N/A | UNDETERMINED |
| 62.23 | LIQUOR LICENSE - DALLAS, TX (STORE NO. 2001) - DALLAS COUNTY - LICENSE NO. MB - 103141012 | UNDETERMINED | N/A | UNDETERMINED |
| 62.24 | LIQUOR LICENSE - DALLAS, TX (STORE NO. 2001) - TABC - LICENSE NO. MB103141012 | UNDETERMINED | N/A | UNDETERMINED |
| 62.25 | LIQUOR LICENSE - DENTON, TX (STORE NO. 2039) - CITY OF DENTON - LICENSE NO. 0904-0362 - LIQ | UNDETERMINED | N/A | UNDETERMINED |
| 62.26 | LIQUOR LICENSE - DENTON, TX (STORE NO. 2039) - CITY OF DENTON - LICENSE NO. 0904-0363 - LATE HOURS | UNDETERMINED | N/A | UNDETERMINED |
| 62.27 | LIQUOR LICENSE - DENTON, TX (STORE NO. 2039) - DENTON COUNTY - LICENSE NO. 105239210 MB982012 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.28 | LIQUOR LICENSE - DENTON, TX (STORE NO. 2039) - TABC - LICENSE NO. MB-102144339 | UNDETERMINED | N/A | UNDETERMINED |
| 62.29 | LIQUOR LICENSE - EL PASO, TX (STORE NO. 2018) - CITY OF EL PASO - LICENSE NO. LALC23-00762 | UNDETERMINED | N/A | UNDETERMINED |
| 62.30 | LIQUOR LICENSE - EL PASO, TX (STORE NO. 2018) - COUNTY OF EL PASO - LICENSE NO. 102175766 | UNDETERMINED | N/A | UNDETERMINED |
| 62.31 | LIQUOR LICENSE - EL PASO, TX (STORE NO. 2018) - TABC - LICENSE NO. MB724140 | UNDETERMINED | N/A | UNDETERMINED |
| 62.32 | LIQUOR LICENSE - EL PASO, TX (STORE NO. 2069) - TABC - LICENSE NO. MB-20008427 | UNDETERMINED | N/A | UNDETERMINED |
| 62.33 | LIQUOR LICENSE - FORT WORTH, TX (STORE NO. 2024) - CITY OF FORT WORTH - LICENSE NO. LB-MIXED BEVERAGE_6230 | UNDETERMINED | N/A | UNDETERMINED |
| 62.34 | LIQUOR LICENSE - FORT WORTH, TX (STORE NO. 2024) - CITY OF FORT WORTH - LICENSE NO. MB-MIXBEV RENEW3_6233 | UNDETERMINED | N/A | UNDETERMINED |
| 62.35 | LIQUOR LICENSE - FORT WORTH, TX (STORE NO. 2024) - TABC - LICENSE NO. MB694290 - HOURS | UNDETERMINED | N/A | UNDETERMINED |
| 62.36 | LIQUOR LICENSE - FORT WORTH, TX (STORE NO. 2024) - TARRANT COUNTY - LICENSE NO. MB 101746042 | UNDETERMINED | N/A | UNDETERMINED |
| 62.37 | LIQUOR LICENSE - FRISCO, TX (STORE NO. 2023) - CITY OF FRISCO - LICENSE NO. A02-0050 | UNDETERMINED | N/A | UNDETERMINED |
| 62.38 | LIQUOR LICENSE - FRISCO, TX (STORE NO. 2023) - CITY OF FRISCO - LICENSE NO. A19-00003 | UNDETERMINED | N/A | UNDETERMINED |
| 62.39 | LIQUOR LICENSE - FRISCO, TX (STORE NO. 2023) - COLLIN COUNTY - LICENSE NO. 150RM526354 - LIQ | UNDETERMINED | N/A | UNDETERMINED |
| 62.40 | LIQUOR LICENSE - FRISCO, TX (STORE NO. 2023) - TABC - LICENSE NO. 100100406 | UNDETERMINED | N/A | UNDETERMINED |
| 62.41 | LIQUOR LICENSE - GARLAND, TX (STORE NO. 2048) - CITY - BUILDING INSPECTION DEPT. - LICENSE NO. C000062404 | UNDETERMINED | N/A | UNDETERMINED |
| 62.42 | LIQUOR LICENSE - GARLAND, TX (STORE NO. 2048) - DALLAS COUNTY - LICENSE NO. PE919768 | UNDETERMINED | N/A | UNDETERMINED |
| 62.43 | LIQUOR LICENSE - GARLAND, TX (STORE NO. 2048) - TABC - LICENSE NO. MB-104489157 | UNDETERMINED | N/A | UNDETERMINED |
| 62.44 | LIQUOR LICENSE - GRAND PRAIRIE, TX (STORE NO. 2065) - CITY OF GRAND PRAIRIE ENVIRONMENTAL SERVICES - LICENSE NO. LIQUOR/2065 | UNDETERMINED | N/A | UNDETERMINED |
| 62.45 | LIQUOR LICENSE - GRAND PRAIRIE, TX (STORE NO. 2065) - TABC - LICENSE NO. MB1006938 | UNDETERMINED | N/A | UNDETERMINED |
| 62.46 | LIQUOR LICENSE - GRAND PRAIRIE, TX (STORE NO. 2065) - TARRANT COUNTY ASSESSOR-COLLECTOR - LICENSE NO. 105583395 | UNDETERMINED | N/A | UNDETERMINED |
| 62.47 | LIQUOR LICENSE - GRAPEVINE, TX (STORE NO. 2026) - CITY OF GRAPEVINE - LICENSE NO. 2020-204 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (*if known*) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** **Licenses, franchises, and royalties** | | | |
| 62.48 LIQUOR LICENSE - GRAPEVINE, TX (STORE NO. 2026) - TABC - LICENSE NO. 100054477 | UNDETERMINED | N/A | UNDETERMINED |
| 62.49 LIQUOR LICENSE - GRAPEVINE, TX (STORE NO. 2026) - TARRANT COUNTY - LICENSE NO. LB, MB, CB & PE505376 | UNDETERMINED | N/A | UNDETERMINED |
| 62.50 LIQUOR LICENSE - HARLINGEN, TX (STORE NO. 2051) - CAMERON COUNTY - LICENSE NO. 104859472 CTY | UNDETERMINED | N/A | UNDETERMINED |
| 62.51 LIQUOR LICENSE - HARLINGEN, TX (STORE NO. 2051) - CITY OF HARLINGEN - LICENSE NO. 20 00002733 | UNDETERMINED | N/A | UNDETERMINED |
| 62.52 LIQUOR LICENSE - HARLINGEN, TX (STORE NO. 2051) - TABC - LICENSE NO. MB-104859472 | UNDETERMINED | N/A | UNDETERMINED |
| 62.53 LIQUOR LICENSE - HOUSTON, TX (STORE NO. 2007) - HARRIS COUNTY - LICENSE NO. 805006 | UNDETERMINED | N/A | UNDETERMINED |
| 62.54 LIQUOR LICENSE - HOUSTON, TX (STORE NO. 2007) - TABC - LICENSE NO. MB 103139629 | UNDETERMINED | N/A | UNDETERMINED |
| 62.55 LIQUOR LICENSE - HOUSTON, TX (STORE NO. 2028) - CITY OF HOUSTON - LICENSE NO. 2019-146491 | UNDETERMINED | N/A | UNDETERMINED |
| 62.56 LIQUOR LICENSE - HOUSTON, TX (STORE NO. 2028) - HARRIS COUNTY - LICENSE NO. 721866 | UNDETERMINED | N/A | UNDETERMINED |
| 62.57 LIQUOR LICENSE - HOUSTON, TX (STORE NO. 2028) - TABC - LICENSE NO. MB 102141514 | UNDETERMINED | N/A | UNDETERMINED |
| 62.58 LIQUOR LICENSE - HUMBLE, TX (STORE NO. 2037) - CITY OF HUMBLE - LICENSE NO. 220205 | UNDETERMINED | N/A | UNDETERMINED |
| 62.59 LIQUOR LICENSE - HUMBLE, TX (STORE NO. 2037) - HARRIS COUNTY - LICENSE NO. 686072 | UNDETERMINED | N/A | UNDETERMINED |
| 62.60 LIQUOR LICENSE - HUMBLE, TX (STORE NO. 2037) - TABC - LICENSE NO. MB-101652296 | UNDETERMINED | N/A | UNDETERMINED |
| 62.61 LIQUOR LICENSE - KATY, TX (STORE NO. 2047) - HARRIS COUNTY - LICENSE NO. MB101309822 | UNDETERMINED | N/A | UNDETERMINED |
| 62.62 LIQUOR LICENSE - KATY, TX (STORE NO. 2047) - TABC - LICENSE NO. MB-101309822 | UNDETERMINED | N/A | UNDETERMINED |
| 62.63 LIQUOR LICENSE - LEWISVILLE, TX (STORE NO. 2019) - TABC - LICENSE NO. 101116461 | UNDETERMINED | N/A | UNDETERMINED |
| 62.64 LIQUOR LICENSE - MCKINNEY, TX (STORE NO. 2031) - CITY OF MCKINNEY - LICENSE NO. MRM606254-20 | UNDETERMINED | N/A | UNDETERMINED |
| 62.65 LIQUOR LICENSE - MCKINNEY, TX (STORE NO. 2031) - COLLIN COUNTY - LICENSE NO. 606254MB | UNDETERMINED | N/A | UNDETERMINED |
| 62.66 LIQUOR LICENSE - MCKINNEY, TX (STORE NO. 2031) - TABC - LICENSE NO. 101064290 | UNDETERMINED | N/A | UNDETERMINED |
| 62.67 LIQUOR LICENSE - MESQUITE, TX (STORE NO. 2014) - DALLAS COUNTY - LICENSE NO. MB101671661 | UNDETERMINED | N/A | UNDETERMINED |
| 62.68 LIQUOR LICENSE - MESQUITE, TX (STORE NO. 2014) - TABC - LICENSE NO. 101671661 | UNDETERMINED | N/A | UNDETERMINED |
| 62.69 LIQUOR LICENSE - NORTH RICHLAND HILLS, TX (STORE NO. 2010) - CITY OF NORTH RICHLAND HILLS - LICENSE NO. ALC-000633-2021 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 62.70 | LIQUOR LICENSE - NORTH RICHLAND HILLS, TX (STORE NO. 2010) - TABC - LICENSE NO. MB103143322 | UNDETERMINED | N/A | UNDETERMINED |
| 62.71 | LIQUOR LICENSE - NORTH RICHLAND HILLS, TX (STORE NO. 2010) - TARRANT COUNTY - LICENSE NO. MB-805274 | UNDETERMINED | N/A | UNDETERMINED |
| 62.72 | LIQUOR LICENSE - ODESSA, TX (STORE NO. 2042) - CITY OF ODESSA - LICENSE NO. 24-00003689 | UNDETERMINED | N/A | UNDETERMINED |
| 62.73 | LIQUOR LICENSE - ODESSA, TX (STORE NO. 2042) - ECTOR COUNTY - LICENSE NO. MB723479 | UNDETERMINED | N/A | UNDETERMINED |
| 62.74 | LIQUOR LICENSE - ODESSA, TX (STORE NO. 2042) - TABC - LICENSE NO. 102170610 | UNDETERMINED | N/A | UNDETERMINED |
| 62.75 | LIQUOR LICENSE - PASADENA, TX (STORE NO. 2046) - HARRIS COUNTY - LICENSE NO. MB101300905 | UNDETERMINED | N/A | UNDETERMINED |
| 62.76 | LIQUOR LICENSE - PASADENA, TX (STORE NO. 2046) - TABC - LICENSE NO. 101300905 | UNDETERMINED | N/A | UNDETERMINED |
| 62.77 | LIQUOR LICENSE - PEARLAND, TX (STORE NO. 2050) - BRAZARIO COUNTY - LICENSE NO. RM934349/COUNTY | UNDETERMINED | N/A | UNDETERMINED |
| 62.78 | LIQUOR LICENSE - PEARLAND, TX (STORE NO. 2050) - CITY OF PEARLAND - LICENSE NO. RM934349/CITY | UNDETERMINED | N/A | UNDETERMINED |
| 62.79 | LIQUOR LICENSE - PEARLAND, TX (STORE NO. 2050) - TABC - LICENSE NO. MB-104624091 | UNDETERMINED | N/A | UNDETERMINED |
| 62.80 | LIQUOR LICENSE - PLANO, TX (STORE NO. 2017) - CITY OF PLANO - LICENSE NO. 189 | UNDETERMINED | N/A | UNDETERMINED |
| 62.81 | LIQUOR LICENSE - PLANO, TX (STORE NO. 2017) - COLLIN COUNTY - LICENSE NO. 621130 | UNDETERMINED | N/A | UNDETERMINED |
| 62.82 | LIQUOR LICENSE - PLANO, TX (STORE NO. 2017) - TABC - LICENSE NO. 101166093 | UNDETERMINED | N/A | UNDETERMINED |
| 62.83 | LIQUOR LICENSE - ROUND ROCK, TX (STORE NO. 2020) - TABC - LICENSE NO. MB673842 (TABC) | UNDETERMINED | N/A | UNDETERMINED |
| 62.84 | LIQUOR LICENSE - SAN ANTONIO, TX (STORE NO. 2011) - BEXAR COUNTY - LICENSE NO. 810007-PE | UNDETERMINED | N/A | UNDETERMINED |
| 62.85 | LIQUOR LICENSE - SAN ANTONIO, TX (STORE NO. 2011) - CITY OF SAN ANTONIO - LICENSE NO. 8100007-MB, CB, LB & PE - 490481 | UNDETERMINED | N/A | UNDETERMINED |
| 62.86 | LIQUOR LICENSE - SAN ANTONIO, TX (STORE NO. 2011) - TABC - LICENSE NO. MB810007 | UNDETERMINED | N/A | UNDETERMINED |
| 62.87 | LIQUOR LICENSE - SAN ANTONIO, TX (STORE NO. 2021) - BEXAR COUNTY - LICENSE NO. 719441 | UNDETERMINED | N/A | UNDETERMINED |
| 62.88 | LIQUOR LICENSE - SAN ANTONIO, TX (STORE NO. 2021) - CITY OF SAN ANTONIO - LICENSE NO. MB719441 | UNDETERMINED | N/A | UNDETERMINED |
| 62.89 | LIQUOR LICENSE - SAN ANTONIO, TX (STORE NO. 2021) - TABC - LICENSE NO. 102083579 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | TW Restaurant Holder, LLC | Case number (*if known*) | 25-80102 |
| --- | --- | --- | --- |
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 62. | **Licenses, franchises, and royalties** | | | |
| 62.90 | LIQUOR LICENSE - SAN ANTONIO, TX (STORE NO. 2052) - BEXAR COUNTY TAX ASSESSOR - LICENSE NO. MB105082259 | UNDETERMINED | N/A | UNDETERMINED |
| 62.91 | LIQUOR LICENSE - SAN ANTONIO, TX (STORE NO. 2052) - CITY OF SAN ANTONIO - LICENSE NO. 968515MIXBEV | UNDETERMINED | N/A | UNDETERMINED |
| 62.92 | LIQUOR LICENSE - SAN ANTONIO, TX (STORE NO. 2052) - TABC - LICENSE NO. 105082259 | UNDETERMINED | N/A | UNDETERMINED |
| 62.93 | LIQUOR LICENSE - SAN MARCOS, TX (STORE NO. 2049) - CITY OF SAN MARCOS - LICENSE NO. CUP-24-17 | UNDETERMINED | N/A | UNDETERMINED |
| 62.94 | LIQUOR LICENSE - SAN MARCOS, TX (STORE NO. 2049) - HAYS COUNTY TAX ASSESSOR - LICENSE NO. MB104598374 | UNDETERMINED | N/A | UNDETERMINED |
| 62.95 | LIQUOR LICENSE - SAN MARCOS, TX (STORE NO. 2049) - TABC - LICENSE NO. MB 104598374 | UNDETERMINED | N/A | UNDETERMINED |
| 62.96 | LIQUOR LICENSE - SEABROOK, TX (STORE NO. 2025) - TABC - LICENSE NO. 101520151 | UNDETERMINED | N/A | UNDETERMINED |
| 62.97 | LIQUOR LICENSE - SELMA, TX (STORE NO. 2032) - BEXAR COUNTY - LICENSE NO. 838844 | UNDETERMINED | N/A | UNDETERMINED |
| 62.98 | LIQUOR LICENSE - SELMA, TX (STORE NO. 2032) - CITY OF SELMA - LICENSE NO. 111820 | UNDETERMINED | N/A | UNDETERMINED |
| 62.99 | LIQUOR LICENSE - SELMA, TX (STORE NO. 2032) - TABC - LICENSE NO. MB103551986 | UNDETERMINED | N/A | UNDETERMINED |
| 62.100 | LIQUOR LICENSE - STAFFORD, TX (STORE NO. 2029) - CITY OF STAFFORD - LICENSE NO. 418 | UNDETERMINED | N/A | UNDETERMINED |
| 62.101 | LIQUOR LICENSE - STAFFORD, TX (STORE NO. 2029) - FORT BEND COUNTY - LICENSE NO. LB-670597 | UNDETERMINED | N/A | UNDETERMINED |
| 62.102 | LIQUOR LICENSE - STAFFORD, TX (STORE NO. 2029) - FORT BEND COUNTY - LICENSE NO. MB-670597 | UNDETERMINED | N/A | UNDETERMINED |
| 62.103 | LIQUOR LICENSE - STAFFORD, TX (STORE NO. 2029) - TABC - LICENSE NO. MB-101435283 | UNDETERMINED | N/A | UNDETERMINED |
| 62.104 | LIQUOR LICENSE - TEXARKANA, TX (STORE NO. 2045) - BOWIE COUNTY - LICENSE NO. 653955 | UNDETERMINED | N/A | UNDETERMINED |
| 62.105 | LIQUOR LICENSE - TEXARKANA, TX (STORE NO. 2045) - CITY OF TEXARKANA - LICENSE NO. MB101335025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.106 | LIQUOR LICENSE - TEXARKANA, TX (STORE NO. 2045) - TABC - LICENSE NO. 101335025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.107 | LIQUOR LICENSE - WACO, TX (STORE NO. 2041) - CITY OF WACO - LICENSE NO. 19-00008479 | UNDETERMINED | N/A | UNDETERMINED |
| 62.108 | LIQUOR LICENSE - WACO, TX (STORE NO. 2041) - CITY OF WACO - LICENSE NO. ALC-001122-11-2023 | UNDETERMINED | N/A | UNDETERMINED |
| 62.109 | LIQUOR LICENSE - WACO, TX (STORE NO. 2041) - CITY OF WACO - LICENSE NO. ALC-MB-001122-11 -2023 | UNDETERMINED | N/A | UNDETERMINED |
| 62.110 | LIQUOR LICENSE - WACO, TX (STORE NO. 2041) - TABC - LICENSE NO. MB-101478131 | UNDETERMINED | N/A | UNDETERMINED |

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.111 | LIQUOR LICENSE - WEBSTER, TX (STORE NO. 2009) - CITY OF WEBSTER - LICENSE NO. MB 101760680 | UNDETERMINED | N/A | UNDETERMINED |
| 62.112 | LIQUOR LICENSE - WEBSTER, TX (STORE NO. 2009) - HARRIS COUNTY - LICENSE NO. MB101760680 | UNDETERMINED | N/A | UNDETERMINED |
| 62.113 | LIQUOR LICENSE - WEBSTER, TX (STORE NO. 2009) - TABC - LICENSE NO. MB697350 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.** | **Customer lists, mailing lists, or other compilations** | | |
| 63.1 | | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.** | **Other intangibles, or intellectual property** | | |
| 64.1 | | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.** | **Goodwill** | | |
| 65.1 | | | | $0.00 |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| **Undetermined** |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No.

☐ Yes.

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No.

☐ Yes.

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

| | | | Current value of debtor's interest |
|---|---|---|---|
| **71.** | **Notes receivable** <br> Description (include name of obligor) | | |
| 71.1 | | Total face amount | doubtful or uncollectible amount | $0.00 |

| | | Current value of debtor's interest |
|---|---|---|
| **72.** | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 72.1 | | $0.00 |

| | | Current value of debtor's interest |
|---|---|---|
| **73.** | **Interests in insurance policies or annuities** | |
| 73.1 | | $0.00 |

| | | Current value of debtor's interest |
|---|---|---|
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1 | | $0.00 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (*if known*) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | Current value of debtor's interest |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 | | $0.00 |

| | | Current value of debtor's interest |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 76.1 | | $0.00 |

| | | Current value of debtor's interest |
|---|---|---|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | INTERCOMPANY RECEIVABLE - HOA FUNDING, LLC | $22,433,644.10 |
| 77.2 | INTERCOMPANY RECEIVABLE - HOA RESTAURANT HOLDER, LLC | $282,829,422.49 |
| 77.3 | INTERCOMPANY RECEIVABLE - HOOTERS OF AMERICA, LLC | $732,461.26 |
| 77.4 | RIGHT OF USE ASSET | UNDETERMINED |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$305,995,527.85 plus undetermined amounts.** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Debtor | **TW Restaurant Holder, LLC** | | Case number (*if known*) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,349.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $111,457.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $819,541.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $996,554.22 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,904,582.91 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,616,953.78 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................................> | | $13,906,802.70 plus undetermined amounts. |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $305,995,527.85 plus undetermined amounts. | |
| 91. **Total. Add lines 80 through 90 for each column** | $312,492,966.43 plus undetermined amounts. +91b. | $13,906,802.70 plus undetermined amounts. |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $326,399,769.13 plus undetermined amounts. |

**Fill in this information to identify the case:**

Debtor name    **TW Restaurant Holder, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80102**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below

**Part 1:**    **List Creditors Who Have Secured Claims**

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Secured creditor name and mailing address**<br><br>CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY<br>388 GREENWICH STREET<br>14TH FLOOR<br>NEW YORK NY 10013 | **Describe debtor's property that is subject to a lien**<br><br>FIRST LIEN ON ALL ASSETS OF SECURITIZATION ENTITIES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE | $267,266,532.04 | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor's email address**

**Describe the lien**

CLASS A-2 SENIOR SECURED NOTES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE

**Date debt was incurred**

8/19/2021

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Secured creditor name and mailing address**<br><br>CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY<br>388 GREENWICH STREET<br>14TH FLOOR<br>NEW YORK NY 10013 | **Describe debtor's property that is subject to a lien**<br><br>SECOND LIEN ON ALL ASSETS OF SECURITIZATION ENTITIES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE | $40,000,000.00 | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor's email address**

**Describe the lien**

CLASS B JUNIOR SUBORDINATED NOTES PURSUANT TO THE AMENDED AND RESTATED BASE INDENTURE

**Date debt was incurred**

8/19/2021

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$307,266,532.04**

---

**Part 2:**     **List Others to Be Notified for a Debt Already Listed in Part 1**

---

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CITIBANK, N.A.<br>TRANG TRAN-ROJAS<br>2700 POST OAK BLVD.<br>SUITE 610<br>HOUSTON TX 77056 | Line 2.1 | |
| CITIBANK, N.A.<br>TRANG TRAN-ROJAS<br>2700 POST OAK BLVD.<br>SUITE 610<br>HOUSTON TX 77056 | Line 2.1 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O DENTONS US LLP<br>ATTN: CLAY M. TAYLOR<br>100 CRESCENT COURT<br>SUITE 900<br>DALLAS TX 75201-1858<br>CLAY.TAYLOR@DENTONS.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN:  NATHAN F. COCO<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>NFCOCO@MINTZ.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN:  NATHAN F. COCO<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>NFCOCO@MINTZ.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN: KEITH KOLLMEYER, ERIC R. BLYTHE<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111<br>KKOLLMEYER@MINTZ.COM; ERBLYTHE@MINTZ.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O DENTONS US LLP<br>ATTN: CLAY M. TAYLOR<br>100 CRESCENT COURT<br>SUITE 900<br>DALLAS TX 75201-1858<br>CLAY.TAYLOR@DENTONS.COM | Line 2.2 | |
| CITIBANK, N.A., SOLELY IN ITS CAPACITIES AS TRUSTEE<br>C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN: KEITH KOLLMEYER, ERIC R. BLYTHE<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111<br>KKOLLMEYER@MINTZ.COM; ERBLYTHE@MINTZ.COM | Line 2.2 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **TW Restaurant Holder, LLC**

United States Bankruptcy Court for the: **Northern District of Texas (Dallas)**

Case number (if known) **25-80102**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:       List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $2,578.13 | $2,578.13 |
| | AMANDA WHITE ADDRESS ON FILE | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | | ■ No ☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $812.50 | $812.50 |
| | AMBRESHA LEE ADDRESS ON FILE | | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | | **Basis for the claim:** EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | | ■ No ☐ Yes | | |

| Debtor | **TW Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | | |

Case number (if known)    **25-80102**

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.3 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $4,687.50 | $4,687.50 |
|---|---|---|---|---|
| | ANGEL SILVA-GOMEZ<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.4 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $656.25 | $656.25 |
|---|---|---|---|---|
| | ANTHONY JONES<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.5 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $4,062.50 | $4,062.50 |
|---|---|---|---|---|
| | ASHLEY NIX<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.6 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|
| | BEXAR COUNTY TAX ASSESSOR-COLLECTOR<br>P.O. BOX 2903<br>SAN ANTONIO TX 78299-2903 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|

Name

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.7 Priority creditor's name and mailing address**

BOWIE COUNTY TAX ASSESSOR-COLLECTOR
PO BOX 6527
TEXARKANA TX 75505-6527

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Total claim** UNDETERMINED   **Priority amount** UNDETERMINED

**Date or dates debt was incurred** VARIOUS
**Basis for the claim:** POTENTIAL TAX LIABILITY
**Last 4 digits of account number**
**Is the claim subject to offset?**
**Specify Code subsection of PRIORITY unsecured claim:**
■ No
☐ Yes

**2.8 Priority creditor's name and mailing address**

BRANDON HUMBER
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$515.63   $515.63

**Date or dates debt was incurred** VARIOUS
**Basis for the claim:** EMPLOYEE COMPENSATION
**Last 4 digits of account number**
**Is the claim subject to offset?**
**Specify Code subsection of PRIORITY unsecured claim:**
■ No
☐ Yes

**2.9 Priority creditor's name and mailing address**

BRANDY ARMSTRONG
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$546.88   $546.88

**Date or dates debt was incurred** VARIOUS
**Basis for the claim:** EMPLOYEE COMPENSATION
**Last 4 digits of account number**
**Is the claim subject to offset?**
**Specify Code subsection of PRIORITY unsecured claim:**
■ No
☐ Yes

**2.10 Priority creditor's name and mailing address**

BRAZORIA COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 1586
LAKE JACKSON TX 77566

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

UNDETERMINED   UNDETERMINED

**Date or dates debt was incurred** VARIOUS
**Basis for the claim:** POTENTIAL TAX LIABILITY
**Last 4 digits of account number**
**Is the claim subject to offset?**
**Specify Code subsection of PRIORITY unsecured claim:**
■ No
☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.11** **Priority creditor's name and mailing address**

BRAZOS COUNTY TAX ASSESSOR/COLLECTOR
4151 COUNTY PARK CT
BRYAN TX 77802

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED   Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.12** **Priority creditor's name and mailing address**

BRIAN BLACK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $500.00   Priority amount: $500.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.13** **Priority creditor's name and mailing address**

BRIAN MAWER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,875.00   Priority amount: $1,875.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.14** **Priority creditor's name and mailing address**

BRITT ROBERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,875.00   Priority amount: $1,875.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.15** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $656.25 | $656.25

BRYNN WOODS
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.16** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $893.75 | $893.75

CALEB JOHNSON
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.17** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

CAMERON COUNTY TAX ASSESSOR-COLLECTOR
PO BOX 952
BROWNSVILLE TX 78522-0952

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.18** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,734.38 | $2,734.38

CANDICE WARD
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.19 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

CARROLLTON-FARMERS BRANCH ISD
PO BOX 208227
DALLAS TX 75320

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

| 2.20 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $1,953.13 | $1,953.13 |
|---|---|---|---|---|

CATHARIN WILLIAMS
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

| 2.21 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $2,734.38 | $2,734.38 |
|---|---|---|---|---|

CECILIA ESPINOZA
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

| 2.22 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

CEDAR HILL, TX- GROSS SALES REPORT
285 UPTOWN BOULEVARD
CEDAR HILL TX 75104

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.23 | **Priority creditor's name and mailing address** | $937.50 | $937.50 |

**Priority creditor's name and mailing address**

CHELSEY HAWKINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No |
| | ☐ Yes |

---

**2.24 Priority creditor's name and mailing address**

CHRISTAL MORELAND
ADDRESS ON FILE

Total claim: $996.88    Priority amount: $996.88

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | EMPLOYEE COMPENSATION |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No |
| | ☐ Yes |

---

**2.25 Priority creditor's name and mailing address**

CITY OF GARLAND
PO BOX 462010
GARLAND TX 75046-2010

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No |
| | ☐ Yes |

---

**2.26 Priority creditor's name and mailing address**

CITY OF GRAPEVINE, TX- GROSS SALES REPORT
GRAPEVINE CITY HALL
200 S. MAIN STREET
GRAPEVINE TX 76051

Total claim: UNDETERMINED    Priority amount: UNDETERMINED

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | POTENTIAL TAX LIABILITY |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No |
| | ☐ Yes |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.27**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|
| CITY OF ROSWELL<br>PO BOX 732685<br>DALLAS TX 75373-2685 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes |

---

**2.28**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,718.75 | $1,718.75 |
|---|---|---|---|
| CLARISSA ROEL<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes |

---

**2.29**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|
| CLEAR CREEK ISD TAX OFFICE<br>P.O. BOX 650395<br>DALLAS TX 75265-0395 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes |

---

**2.30**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|
| CNP UTILITY DISTRICT<br>P.O. BOX 204023<br>DALLAS TX 75320-4023 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.31** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

CYPRESS-FAIRBANKS ISD TAX ASSESSOR-COLLECTOR
P.O. BOX 203908
HOUSTON TX 77065-3908

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.32** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

DALLAS COUNTY TAX ASSESSOR-COLLECTOR
PO BOX 139066
DALLAS TX 75313-9066

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.33** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $584.38 | $584.38

DANIELIANDRO GUTIERREZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.34** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,750.00 | $3,750.00

D'ANNA SMITH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80102** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.35** | **Priority creditor's name and mailing address**

DAVID CARRILLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00 $800.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.36** | **Priority creditor's name and mailing address**

DAVID IBARRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$390.63 $390.63

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.37** | **Priority creditor's name and mailing address**

DEJHA ALCORN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00 $500.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.38** | **Priority creditor's name and mailing address**

DENISE PRINCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,921.88 $2,921.88

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.39** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | UNDETERMINED | UNDETERMINED |

DENTON COUNTY TAX ASSESSOR-COLLECTOR
PO BOX 90223
DENTON TX 76202-5223

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

**2.40** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $161,977.88 | $161,977.88 |

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
1973 RULON WHITE BLVD.
OGDEN UT 84201-0039

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACA CIVIL PENALTY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

**2.41** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | UNDETERMINED | UNDETERMINED |

DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURYINTERNAL REVENUE SERVICE
1160 W 1200 S ST
OGDEN UT 84201-0012

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

**2.42** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $890.63 | $890.63 |

DESTINEE DRAEGER
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.43 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $375.00 | $375.00 |
|---|---|---|---|---|

DOMINIQUE FORD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.44 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $375.00 | $375.00 |
|---|---|---|---|---|

DOUGLAS ROSENKRANZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.45 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

EL PASO TAX ASSESSOR-COLLECTOR
P.O. BOX 2992
EL PASO TX 79999-2992

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.46 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $546.88 | $546.88 |
|---|---|---|---|---|

ELANA MONROY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.47 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $515.63 | $515.63 |
|---|---|---|---|---|

ELLA VERZWYVELT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.48 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $171.88 | $171.88 |
|---|---|---|---|---|

ENRIQUE TORRES
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.49 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $171.88 | $171.88 |
|---|---|---|---|---|

FERNANDO BARRIENTOS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.50 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

FRED VASQUEZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.51** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |

GCTO
722 MOODY
GALVESTON TX 77550

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.52** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |

GOOSE CREEK CISD TAX OFFICE
P.O. BOX 2805
BAYTOWN TX 77522-2805

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.53** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |

GUADALUPE COUNTY TAX ASSESSOR-
COLLECTOR
307 W COURT ST.
SEGUIN TX 78155

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

**2.54** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,500.00 | $4,500.00 |

GUILLERMO ALLANDE
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ■ No
- ☐ Yes

---

Debtor **TW Restaurant Holder, LLC** _____ Case number (if known) **25-80102**
Name

| | | Total claim | Priority amount |
|---|---|---|---|

**2.55** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | | UNDETERMINED | UNDETERMINED |

HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON TX 77210-4622

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.56** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | | UNDETERMINED | UNDETERMINED |

HIDALGO COUNTY TAX ASSESSOR-COLLECTOR
PO BOX 3337
EDINBURG TX 78540-3337

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.57** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | | UNDETERMINED | UNDETERMINED |

IRVING ISD TAX OFFICE
PO BOX 152021
IRVING TX 75015-2021

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.58** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | | UNDETERMINED | UNDETERMINED |

IRVING, TX- GROSS SALES REPORT
CITY OF IRVING
825 W IRVING BOULEVARD
IRVING TX 75060

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | | | |
|---|---|---|---|---|
| | Name | | | |
| | | | Case number (if known) | **25-80102** |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.59 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $4,468.75    Priority amount: $4,468.75

JACOB LIDGETT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

2.60 **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $453.13    Priority amount: $453.13

JAMES PHILIP
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

2.61 **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $996.88    Priority amount: $996.88

JAMES WIDENER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

2.62 **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $800.00    Priority amount: $800.00

JAMES WOODCOX
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
| --- | --- | --- | --- |
| | Name | | |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

| 2.63 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $4,000.00 | $4,000.00 |
| --- | --- | --- | --- | --- |
| | JAMIE RAMIREZ<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.64 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $2,500.00 | $2,500.00 |
| --- | --- | --- | --- | --- |
| | JARELL YOUNG<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.65 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $584.38 | $584.38 |
| --- | --- | --- | --- | --- |
| | JEFF HALLMAN<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.66 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $395.31 | $395.31 |
| --- | --- | --- | --- | --- |
| | JESSE BLAINE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.67** **Priority creditor's name and mailing address**

JESSE MARTINEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $750.00   Priority amount: $750.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.68** **Priority creditor's name and mailing address**

JESUS RAMOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $440.00   Priority amount: $440.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.69** **Priority creditor's name and mailing address**

JOAQUIN VILLAREAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $200.00   Priority amount: $200.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

**2.70** **Priority creditor's name and mailing address**

JOCELYN WALKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $546.88   Priority amount: $546.88

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.71 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,200.00 | $2,200.00 |
|---|---|---|---|---|
| | JOE COSSIO<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.72 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $440.00 | $440.00 |
|---|---|---|---|---|
| | JOHN CLOSNER<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.73 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $893.75 | $893.75 |
|---|---|---|---|---|
| | JORDIN HOLLINSHED<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| 2.74 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $900.00 | $900.00 |
|---|---|---|---|---|
| | JOSE MARTINEZ<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE COMPENSATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** | ■ No<br>☐ Yes | | |

| Debtor | **TW Restaurant Holder, LLC** | | | | |
|---|---|---|---|---|---|
| | Name | | Case number (if known) | **25-80102** | |

| | | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

| 2.75 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $78.13 | $78.13 |

JOSE SOTO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.76 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $500.00 | $500.00 |

JUSTIN SAUNDERS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.77 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $171.88 | $171.88 |

KAELLIE SPURGER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.78 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $200.00 | $200.00 |

KOREY WARREN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.79**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $375.00 | $375.00 |
|---|---|---|---|

KRISTINA SPRINKLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.80**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $343.75 | $343.75 |
|---|---|---|---|

KYLE KELLY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.81**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|

LAREDO CITY TAX COLLECTOR
PO BOX 6548
LAREDO TX 78042-6548

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.82**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $900.00 | $900.00 |
|---|---|---|---|

MANUEL PACHECO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|

Name

| | | Total claim | Priority amount |
|---|---|---|---|

**2.83** | **Priority creditor's name and mailing address**

MANUEL VELOZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $4,218.75  Priority amount: $4,218.75

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

**2.84** | **Priority creditor's name and mailing address**

MATTHEW DEZALIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $312.50  Priority amount: $312.50

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

**2.85** | **Priority creditor's name and mailing address**

MATTHEW MORENO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $2,265.63  Priority amount: $2,265.63

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

**2.86** | **Priority creditor's name and mailing address**

MCALLEN CITY TAX OFFICE
311 NORTH 15TH ST.
MCALLEN TX 78501

**As of the petition filing date, the claim is:**
Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.87** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $859.38  Priority amount: $859.38

MICHAEL CUNNINGHAM
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.88** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $3,593.75  Priority amount: $3,593.75

MIKALA KIRK
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.89** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $395.31  Priority amount: $395.31

MIRANDA GUNN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

**2.90** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $800.00  Priority amount: $800.00

MISTEY GARCIA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

☑ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.91 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $843.75 | $843.75 |
|---|---|---|---|---|

MONICA BURNS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.92 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $453.13 | $453.13 |
|---|---|---|---|---|

MORGAN CHAPA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.93 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

N RICHLAND HILLS, TX- GROSS SALES REPORT
NORTH RICHLAND HILLS CITY HALL
4301 CITY POINT DRIVE
NORTH RICHLAND HILLS TX 76180

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| 2.94 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $375.00 | $375.00 |
|---|---|---|---|---|

NATHAN STIDHAM
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.95** | **Priority creditor's name and mailing address**

NICHOLAS BOYER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $62.50
Priority amount: $62.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.96** | **Priority creditor's name and mailing address**

NUECES COUNTY TAX ASSESSOR-COLLECTOR
PO BOX 2810
CORPUS CHRISTI TX 78403-2810

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.97** | **Priority creditor's name and mailing address**

PASADENA ISD
PO BOX 1318
PASADENA TX 77501-1318

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.98** | **Priority creditor's name and mailing address**

RENE CONTRERAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $900.00
Priority amount: $900.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.99 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $78.13 | $78.13 |
|---|---|---|---|---|

RICARDO GUTIERREZ
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| 2.100 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $375.00 | $375.00 |
|---|---|---|---|---|

ROBERT ALVARADO
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| 2.101 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $390.63 | $390.63 |
|---|---|---|---|---|

ROBERT RICE
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| 2.102 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

SARAH WALSH
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.103 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $812.50 | $812.50 |
|---|---|---|---|---|

SEBASTIAN RUFF
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.104 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,984.38 | $4,984.38 |
|---|---|---|---|---|

SHAMELA HARTON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.105 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,976.56 | $1,976.56 |
|---|---|---|---|---|

SHEA KING
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| 2.106 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

SPRING ISD TAX OFFICE
PO BOX 676511
DALLAS TX 75267-6511

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
| --- | --- | --- | --- |
| | Name | | |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.107** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $62.50 | $62.50

STEPHANIE COKER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.108** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $781.25 | $781.25

TAMONTE BROWN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.109** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED

TARRANT COUNTY TAX ASSESSOR-
COLLECTOR
PO BOX 961018
FORT WORTH TX 76161-0018

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.110** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $937.50 | $937.50

TAYLER KUCERA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | | |
| --- | --- | --- | --- |
| | Name | | |
| | | Case number (if known) | **25-80102** |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.111** **Priority creditor's name and mailing address**

TAYLOR CENTRAL APPRAISAL DISTRICT
PO BOX 1800
ABILENE TX 79604

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

---

**2.112** **Priority creditor's name and mailing address**

TEXAS-MIXED BEVERAGE GROSS RECEIPTS
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E 17TH ST
AUSTIN TX 78774-0100

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

---

**2.113** **Priority creditor's name and mailing address**

TEXAS-MIXED BEVERAGE SALES TAX
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E 17TH ST
AUSTIN TX 78774-0100

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

---

**2.114** **Priority creditor's name and mailing address**

TEXAS-SALES
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E 17TH ST
AUSTIN TX 78774-0100

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

Total claim: UNDETERMINED  Priority amount: UNDETERMINED

---

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.115** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

$3,281.25 | $3,281.25

THOMAS SCHWAGER
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.116** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

$390.63 | $390.63

TIA BATISTE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.117** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

$1,875.00 | $1,875.00

TIMOTHY ZITTEL
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE COMPENSATION

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

**2.118** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

UNDETERMINED | UNDETERMINED

TOM GREEN COUNTY APPRAISAL DISTRICT
2302 PULLIAM STREET
SAN ANGELO TX 76905

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- [x] No
- [ ] Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.119** | **Priority creditor's name and mailing address**

TRAVIS COUNTY TAX COLLECTOR
P.O. BOX 149328
AUSTIN TX 78714-9328

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.120** | **Priority creditor's name and mailing address**

UNITED ISD TAX OFFICE
3501 E. SAUNDERS
LAREDO TX 78041

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.121** | **Priority creditor's name and mailing address**

WEBB COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 420128
LAREDO TX 78042-8128

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

**2.122** | **Priority creditor's name and mailing address**

WEST MEMORIAL MUD
P.O. BOX 4545
HOUSTON TX 77210-4545

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

| | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.123 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

WICHITA COUNTY TAX ASSESSOR/COLLECTOR
600 SCOTT AVENUE
STE. 105
WICHITA FALLS TX 76301

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

| 2.124 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

WILLIAMSON COUNTY TAX ASSESSOR-COLLECTOR
904 SOUTH MAIN STREET
GEORGETOWN TX 78626-5701

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

- ☑ No
- ☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

$12,834.05

24 HOUR EMERGENCY PLUMBING
PO BOX 5935
C/O CRESTMARK BANK
TROY MI 48007-5935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

$738.80

254 LAWNS LLC
PO BOX 5885
WACO TX 76708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

$3,245.12

A2 STRATEGIES
PO BOX 8258
TURNERSVILLE NJ 08012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

$102.84

AAQUARIUS WINDOW CLEANING
10519 TERRACE RIDGE
SAN ANTONIO TX 78223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

ABRAHAM ESCARENO
C/O DAVID SANCHEZ LAW GROUP, PLLC
ATTN: DAVID L SANCHEZ
500 E. JOHN CARPENTER FWY
STE 140
IRVING TX 75062

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

Basis for the claim:<u>LITIGATION</u>

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$162.38**

ACCENT WINDOW CLEANING SERVICES
PO BOX 852924
MESQUITE TX 75185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,654.65**

ACE MART RESTAURANT SUPPLY CO INC
PO BOX 974297
DALLAS TX 75397-4297

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,728.39**

ADVANCED REFIRGERATION & AIR
2805 CHECKER DRIVE
CEDAR PARK TX 78613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,830.13**

AIR COMFORT REFRIGERATION & HVAC LLC
11506 REBEL CT
EL PASO TX 79936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,270.28**

ALLENS TRI STATE MECHANICAL INC
404 S HAYDEN
AMARILLO TX 79101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | 25-80102 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.11** **Nonpriority creditor's name and mailing address**

ALPHA GLASS AND MIRROR COMPANY, INC.
8901 SOVEREIGN ROW
DALLAS TX 75247

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**Amount of claim:** $1,251.32

---

**3.12** **Nonpriority creditor's name and mailing address**

ALYSSA YOUNG
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ■ No ☐ Yes

**Amount of claim:** UNDETERMINED

---

**3.13** **Nonpriority creditor's name and mailing address**

AP CLEANING
3220 FERN ST
PASADENA TX 77503

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**Amount of claim:** $2,050.00

---

**3.14** **Nonpriority creditor's name and mailing address**

ARC CAFEUSA001 LLC 10326
106 YORK ROAD
JENKINTOWN PA 19046

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**Amount of claim:** $14,208.33

---

**3.15** **Nonpriority creditor's name and mailing address**

ARCTIC CONCEPTS
2313 LOCKHILL SELMA
SAN ANTONIO TX 78230

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**Amount of claim:** $481.71

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.16** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**$150.00**

ASAP LAWN SERVICE
2610 WAINWRIGHT ST
CORPUS CHRISTI TX 78405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**$430.85**

B&L LOCK AND SAFE INC
10638 ALMEDA GENOA ROAD
HOUSTON TX 77034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

BACHMAN GLEN JOINT VENTURE
SHEILS WINNUBST; MARK WINNUBST
1701 N. COLLINS BLVD., SUITE 1100
RICHARDSON TX 75080

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**$433.00**

BEER TUBES LLC
11405 N PENNSYLVANIA ST STE 106
CARMEL IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

BEN E KEITH COMPANY
PO BOX 901001
FT WORTH TX 76101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | 25-80102 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,608.19** |
|---|---|---|---|

☐ Contingent
BEST PLUMBING LLC
7802 FARNSWORTH        ☐ Unliquidated
HOUSTON TX 77022        ☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE

**Last 4 digits of account number**        **Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,630.45** |
|---|---|---|---|

BIG COUNTRY RESTAURANT &        ☐ Contingent
REFRIGERATION SERVICE
1349 TRACY LYNN DR        ☐ Unliquidated
ABILENE TX 79601        ☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE

**Last 4 digits of account number**        **Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$189.44** |
|---|---|---|---|

☐ Contingent
BLACK PLUMBING SERVICES LLC
PO BOX 6347        ☐ Unliquidated
ABILENE TX 79608        ☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE

**Last 4 digits of account number**        **Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,068.41** |
|---|---|---|---|

☐ Contingent
BLAIR GENERAL MAINTENANCE CONTRACTOR
9712 SKILLMAN ST        ☐ Unliquidated
DALAS TX 75243        ☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE

**Last 4 digits of account number**        **Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,347.50** |
|---|---|---|---|

☐ Contingent
BRIDGE POINT SECURITY
PO BOX 3261        ☐ Unliquidated
SPRING TX 77373        ☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE

**Last 4 digits of account number**        **Is the claim subject to offset?**  ■ No  ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $6,088.02 |
| | | ☐ Contingent | |
| | BRIGHTWORKS REPAIRS & MAINTENANCE<br>120 MINA DE ORO<br>MISSION TX 78572 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|
| | | ■ Contingent | |
| | CABALLERO,LAURA<br>SICO HOELSCHER HARRIS LLP<br>JASON P. HOELSCHER; MIRANDA J. COOK<br>802 N. CARANCAHUA, SUITE 500<br>CORPUS CHRISTI TX 78401 | ■ Unliquidated | |
| | | ■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>LITIGATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $612.00 |
|---|---|---|---|
| | | ☐ Contingent | |
| | CAJUN GOURMET LLC<br>2314 GUNSTON CT<br>SUGAR LAND TX 77478 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $897.39 |
|---|---|---|---|
| | | ☐ Contingent | |
| | CALDARELLA'S INC<br>201 N. CLARK DRIVE<br>EL PASO TX 79905-3105 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,352.58 |
|---|---|---|---|
| | | ☐ Contingent | |
| | CALF UPHOLSTERY<br>3806 ACTON HWY<br>GRANBURY TX 76049 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.31**

**Nonpriority creditor's name and mailing address**

CANNON SERVICES INC
509 W 67TH STREET
SHREVEPORT LA 71106

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$804.83**

---

**3.32**

**Nonpriority creditor's name and mailing address**

CAPTURIS
PO BOX 713
MANDAN ND 58554

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$29,603.92**

---

**3.33**

**Nonpriority creditor's name and mailing address**

CERPANGHA COMMERCIAL GROUP
600 E BROAD
TEXARKANA AR 71854

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$324.75**

---

**3.34**

**Nonpriority creditor's name and mailing address**

CFP FIRE PROTECTION INC
153 TECHNOLOGY DR STE 20
IRVINE CA 92618

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$5,702.39**

---

**3.35**

**Nonpriority creditor's name and mailing address**

CHARLES RAGLAND
C/O LAW OFFICES OF MILLER & BICKLEIN
KEVIN B. MILLER, MATTHEW J. OLIVAREZ
11550 IH 10W, STE 300
SAN ANTONIO TX 78230

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>LITIGATION</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**UNDETERMINED**

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.36** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$19,056.76

CINTAS FIRST AID & SAFETY
PO BOX 631025
CINCINNATI OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.37** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$20.00

CITY OF LAREDO
PO BOX 6548
ALARM ENFORCEMENT DIVISION
LAREDO TX 78042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$450.00

CITY OF STAFFORD
2610 S. MAIN STREET
STAFFORD TX 77477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$438.41

COKER SERVICE OF HOUSTON, INC.
14912 LEE ROAD
HUMBLE TX 77396

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$962.88

COMMERCIAL KITCHEN REPAIR
1377 N BRAZOS ST
SAN ANTONIO TX 78207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$72.09** |
|---|---|---|---|
| | CONNECTYOURCARE<br>3003 TASMAN DRIVE<br>SANTA CLARA CA 95054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,048.91** |
|---|---|---|---|
| | COOLERS INCORPORATED<br>6922 ALDER DR<br>HOUSTON TX 77081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$727.15** |
|---|---|---|---|
| | COOPERS<br>1024 DALLAS DR<br>DENTON TX 76205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$364.80** |
|---|---|---|---|
| | COREY SLY ELECTRICAL SERVICE INC<br>1406 COTTON FLAT RD<br>MIDLAND TX 79701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00** |
|---|---|---|---|
| | COUNCIL BLUFFS ALARM PROGRAM<br>P.O.BOX 140083<br>IRVING TX 75014-0336 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $422.85 |

CULLIGAN INTERNATIONAL
9399 W. HIGGINS RD
SUITE 1100
ROSEMONT IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $632.60 |

CULLIGAN WATER CONDITIONING CO
1034 AUSTIN STREET
SAN ANTONIO TX 78208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,332.00 |

CULLIGAN WATER OF W. TX., INC
PO BOX 60275
MIDLAND TX 79711-0275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $100.00 |

DALLAS POLICE DEPARTMENT ALARM PERMIT
COMPLIANCE UNIT
PO BOX 840186
DALLAS TX 75284-0186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $324.69 |

DATE LABEL CORP
PO BOX 684
INDIANAPOLIS IN 46206-0684

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | 25-80102 |

| | | **Amount of claim** |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | **$5,314.00** |

**As of the petition filing date, the claim is:** Check all that apply

DAVID SMITH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **$180,090.22** |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

DAVIS BROS LLC
1500 MCGOWEN
SUITE 200
HOUSTON TX 77004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

DAVIS, DYLAN
WEBSTER VICKNAIR MACLEOD; JASON C.
WEBSTER; HEIDI O. VICKNAIR; RYAN S.
MACLEOD
6200 SAVOY, SUITE 150
HOUSTON TX 77036

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **$9,606.39** |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

DENNIS PLUMBING COMPANY
PO BOX 150536
ARLINGTON TX 76015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **$1,000.00** |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

DERMODY FAMILY LIMITED PARTNERSHIP I
PO BOX 7097
RENO NV 89510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$600.00** |

DJ EJ ENTERPRISES
PO BOX 721104
DALLAS TX 75372

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,077.10** |

DRAFTTEX DRAWGHT SERVICES INC
1364 TRACTOR PASS
SCHERTZ TX 78154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$344,360,455.87** |

DW RESTAURANT HOLDER, LLC
1815 THE EXCHANGE SE
ATLANTA GA 30339

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9.00** |

E & A CONTRACTING LLC
8402 KNAPP RISE
SAN ANTONIO TX 78254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,562.20** |

EAGLE REPAIR AND SERVICES INC
PO BOX 276424
SAN ANTONIO TX 78227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$7,236.51** |

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO IL 60673-1241
CHICAGO IL 60673-1241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$50,006.73** |

ECOLAB INSTITUTIONAL
PO BOX 70343
CHICAGO IL 60673-0343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$28,211.57** |

EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |

EEOC COMMISSIONER
ATLANTA DISRICT OFFICE
100 ALABAMA ST. SW
SUITE 4R30
ATLANTA GA 30303

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$387.50** |

EMERGENCY ICE CO
8300 SOVEREIGN ROW
DALLAS TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,998.34** |
|---|---|---|---|

ENVIRO MASTER SERVICES
PO BOX 950467
ST LOUIS MO 63195-0467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,413.00** |
|---|---|---|---|

ESCOBAR LAWN SERVICE
7230 JUNCO DR
HOUSTON TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,420.84** |
|---|---|---|---|

EVERON LLC - FEIN-90-0008456
PO BOX 872987
KANSAS CITY MO 64187-2987

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,094.32** |
|---|---|---|---|

EXPRESS ENGRAVING
107 BOZEMAN LANE
SYLVESTER GA 31791

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$135.31** |
|---|---|---|---|

FISH WINDOW CLEANING
9479 SILVER KING CT
SUITE A
FAIRFAX VA 22031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-80102** |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$159.13** |
|---|---|---|---|

FISH WINDOW CLEANING
PO BOX 2432
DENTON TX 76202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$690.09** |
|---|---|---|---|

FIVE POINT ELECTRIC INC
1926 TEXAS AVE
SAN ANTONIO TX 78228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,702.34** |
|---|---|---|---|

FIVE STAR EQUIPMENT REPAIR SERVICE
2801 RICHMOND ROAD #157
TEXARKANA TX 75501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25.00** |
|---|---|---|---|

FORT WORTH FALSE ALRM MANAGEMENT
SYSTEM
PO BOX 208767
DALLAS TX 75320-7780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,028.38** |
|---|---|---|---|

FRENCHY'S LAWN & TREE SERVICE
600 S. ELM STREET
DENTON TX 76209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$570.00**

FRUGE AQUAFARMS
P.O. BOX 393
BRANCH LA 70516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

FSLRO 4950 S. LOOPS, LP
FIELD MANNING STONE AYCOCK P.C.
W.J. WADE, JR.
2112 INDIANA AVENUE
LUBBOCK TX 79410

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$173,030.00**

FSLRO 4950 SOUTH LOOP LUBBOCK LP
2000 MCKINNEY AVE
SUITE 1000
DALLAS TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$100.00**

GARLAND FIRE MARSHALS OFFICE
1500 HIGHWAY 66
GARLAND TX 75040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$479.55**

GASKETGUY OF DFW
2201 MIDWAY RD STE 324
CARROLLTON TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | 25-80102 |
| --- | --- | --- | --- |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $941.78 |
| | | ☐ Contingent | |
| | GATES LANDSCAPE AND DESIGN | ☐ Unliquidated | |
| | 2633 MCKINNEY AVE STE 130 #716 | ☐ Disputed | |
| | DALLAS TX 75204 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $68,582.23 |
| | | ☐ Contingent | |
| | GONZALEZ INVESTMENTS | ☐ Unliquidated | |
| | 7010 CHIPPERTON DR | ☐ Disputed | |
| | DALLAS TX 75255 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $150.00 |
| | | ☐ Contingent | |
| | GRAPEVINE POLICE DEPARTMENT RECORDS DIVISION | ☐ Unliquidated | |
| | 1007 IRA E WOODS AVE | ☐ Disputed | |
| | GRAPEVINE TX 76051 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,513.62 |
| | | ☐ Contingent | |
| | HALLS ROOTERS AND PLUMBING | ☐ Unliquidated | |
| | PO BOX 5096 | ☐ Disputed | |
| | MIDLAND TX 79704 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $75.00 |
| | | ☐ Contingent | |
| | HARRIS COUNTY ALARM DETAIL | ☐ Unliquidated | |
| | PO BOX 4049 | ☐ Disputed | |
| | HOUSTON TX 77210-4049 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $216.50 |
| | | ☐ Contingent | |
| | HECTOR'S WINDOW CLEANING SERVICE<br>5832 ACACIA CIRCLE APT#623<br>EL PASO TX 79912 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim:<u>TRADE</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $792,293.16 |
| | | ■ Contingent | |
| | HOOTERS OF AMERICA, LLC<br>1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim:<u>INTERCOMPANY PAYABLE</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $194,333.30 |
| | | ☐ Contingent | |
| | HOUSER HOLDINGS LLC<br>2764 N GREEN VALLEY<br>PARKWAY 4802<br>HENDERSON NV 89014 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim:<u>TRADE</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | UNDETERMINED |
| | | ■ Contingent | |
| | HOUSER HOLDINGS, LLC<br>HUGHES WATTERS ASKANASE, L.L.P.<br>DAVID LODHOLZ<br>1201 LOUISIANA, 28TH FL<br>HOUSTON TX 77002 | ■ Unliquidated | |
| | | ■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim:<u>LITIGATION</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $4,002.75 |
| | | ☐ Contingent | |
| | HOUSTON DRAFT SOLUTIONS LLC<br>1029 HWY 6 N<br>NO 650170<br>HOUSTON TX 77079 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | Basis for the claim:<u>TRADE</u> | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

HUGO PEREZ RODRIQUEZ
C/O THE LAW OFFICE OF JOHN D. GARCIA, PLLC
ATTN: JOHN D. GARCIA
710 N. MESQUITE ST.
CORPUS CHRISTI TX 78401

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**       **Is the claim subject to offset?** ■ No ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,000.00** |
|---|---|---|---|

HUMBERTO CHAVEZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       **Is the claim subject to offset?** ■ No ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$454.65** |
|---|---|---|---|

INTERSTATE HYDRO JETTING
PO BOX 1081
EL PASO TX 79946

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       **Is the claim subject to offset?** ■ No ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,300.00** |
|---|---|---|---|

J AND R CO
703 BANDAN RD
SAN ANTONIO TX 78220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       **Is the claim subject to offset?** ■ No ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,537.04** |
|---|---|---|---|

J&T REFRIGERATION
PO BOX 10308
MIDLAND TX 79702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED** |
|---|---|---|---|

JAZLYN SANTOS ESTATE
HELLER LAW OFFICE, PLLC
TRAVIS J. HELLER
2501 PARKVIEW DRIVE, STE. 186
FORT WORTH TX 76102

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**  ■ No  ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,170.38** |
|---|---|---|---|

JCR CLEANING & LANDSCAPING
1315 AIRLINE DR
GRAPEVINE TX 76051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**  ■ No  ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$311.92** |
|---|---|---|---|

JL FLOYD SERVICES LLC
2807 SHADY LANE
WEBSTER TX 77588

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**  ■ No  ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$27.85** |
|---|---|---|---|

JOHN R AMES CTA
500 ELM STREET SUITE 3300
DALLAS TX 75202-3304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**  ■ No  ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,000.00** |
|---|---|---|---|

JOHN THOMAS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**  ■ No  ☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
| --- | --- | --- | --- |
| | Name | | |

|  |  | **Amount of claim** |
| --- | --- | --- |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $298.77 |
| --- | --- | --- | --- |
| | JOSE GONZALEZ<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $750.00 |
| --- | --- | --- | --- |
| | JOSH DAVIS TAX ASSESSOR COLLECTOR<br>710 JAMES BOWIE DRIVE<br>NEW BOSTON TX 75570 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $300.00 |
| --- | --- | --- | --- |
| | JPS LUX LANDSCAPES<br>223 W WALL ST SUITE 221<br>MIDLAND TX 79701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $720.00 |
| --- | --- | --- | --- |
| | JULIO C VILLALOBOS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,916.25 |
| --- | --- | --- | --- |
| | JUSTIN KENTRALE HORTON<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

KATHRYN HALLBERG
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$450.00**

KD GLOBAL SOLUTIONS LLC
18247 LANDS END DR
WESTFIELD IN 46074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,056.75**

KOETTER FIRE PROTECTION OF CORPUS
CHRISTI LLC
229 SOUTH PADRE ISLAND DRIVE
CORPUS CHRISTI TX 78405-4104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$22,299.60**

LIFSA USA LLC
1512 ROSENBAUM LN
EL PASO TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$137.48**

LIGHT BULB DEPOT 12 LLC
PO BOX 410
AURORA MO 65605-0410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $617.03 |
| | | ☐ Contingent | |
| | LOCKSMITH TXK LLC | ☐ Unliquidated | |
| | 2223 SUMMERHILL RD | ☐ Disputed | |
| | TEXARKANA TX 75501 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,521.55 |
| | | ☐ Contingent | |
| | LOOMIS | ☐ Unliquidated | |
| | 2500 CITY WEST BOULEVARD SUITE 2300 | ☐ Disputed | |
| | HOUSTON TX 77042 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $13,570.00 |
| | | ☐ Contingent | |
| | M&M CLEANING SERVICE | ☐ Unliquidated | |
| | 9536 JENNIE LEE LANE | ☐ Disputed | |
| | DALLAS TX 75227 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
| | | ■ Contingent | |
| | MADISON PHILLIPS | ■ Unliquidated | |
| | C/O WEBB CASON & MANNING, P.C. | ■ Disputed | |
| | ATTN: CHARLES C. WEBB; PARKER S. WEBB; | | |
| | BENNY M. CASON, PATRICK L. BEAM; | | |
| | MATTHEW MANNING | | |
| | 710 MESQUITE STREET | | |
| | CORPUS CHRISTI TX 78401 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>LITIGATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $19,935.34 |
| | | ☐ Contingent | |
| | MAHONEY ENVIRONMENTAL | ☐ Unliquidated | |
| | 37458 EAGLE WAY | ☐ Disputed | |
| | CHICAGO IL 60678-1374 | | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No  ☐ Yes | |

Debtor **TW Restaurant Holder, LLC** _____ Case number (if known) **25-80102** _____

Name

| | | **Amount of claim** |
|---|---|---|

**3.116** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

MANSOOR VIRANI
QUADROS MIGL, & CROSBY PLLC
SHEROO BHAFIA
6800 WESTGATE BLVD., STE132-180
AUSTIN TX 78745

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

MARIO GARCIA
C/O WOLF LAW LLC
ATTN: JULIE WOLF
12222 MERIT DR.
STE 1200
DALLAS TX 75251

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

MARTIN STOLMEIER
C/O STOLMEIER LAW
ATTN: PATRICK J. STOLMEIER
219 E. CRAIG PLACE
SAN ANTIONIO TX 78212

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

MELINDA QUINTERO
C/O WILLIAMS LAW GROUP, PLLC
ATTN: JOHN WASHINGTON; FREDERICK WILLIAMS
1717 N. AKARD STREET, #180
DALLAS TX 75201

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$183,333.30**

MGBL PROPERTIES LLC
3058 WENTWORTH WAY
TARPON SPRINGS FL 34688

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

MGBL PROPERTIES, LLC
PIERSON FERDINAND LLP
DANIEL D. MCGUIRE; MCCALL K. BAUERSFELD
450 S. DENTON TAP RD., SUITE 2211
COPPELL TX 75019

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim: <u>LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,608.38**

MICHAELS KEYS INC
4003 COLLEYVILLE BLVD
COLLEYVILLE TX 76034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim: <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No  ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$173.28**

MIMEO COM INC
PO BOX 654018
DALLAS TX 75265-4018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim: <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No  ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,199.79**

MIRACLE DELIVERY ARMORED SERVICE
515 S. KANSAS ST.
EL PASO TX 79901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim: <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No  ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,383.20**

MOAH ELECTRIC
1602 STEVENS ST
DALLAS TX 75228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim: <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ■ No  ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,200.00** |
| | MONTECITO LAWN SERVICES<br>604 E SEMINOLE AVE<br>PHARR TX 78577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$5,100.00** |
| | MORENO LANDSCAPING SERVICE<br>861 TWILIGHT TRAIL<br>GRAPEVINE TX 76051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,062.82** |
| | MY EMPLOYEES<br>312 CROWATAN RD<br>CASTLE HAYNE NC 28429 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$39,926.70** |
| | MY TECH TEXAS LLC<br>2201 LONG PRAIRIE ROAD #107-153<br>FLOWER MOUND TX 75022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$617.08** |
| | NATIONAL CHECKING COMPANY<br>899 MONTREAL CIRCLE<br>ST PAUL MN 55102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$186,340.00** |

NDF LLC
312 S BEVERLY DR #3221
BEVERLY HILLS CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

NDF, LLC
RIMON P.C.
JOSEPH R. CALLISTER
17304 PRESTON ROAD, SUITE 800
DALLAS TX 75252

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$18.75** |
|---|---|---|---|

NEIGHBORFAVOR, INC
1705 GUADALUPE STREET
SUITE 300
AUSTIN TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$403,152.50** |
|---|---|---|---|

NEW RIVERCENTER MALL II LP
PO BOX 825620
PHILADELPHIA PA 19182-5620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

NEW RIVERCENTER MALL II, LP
ROSENTHAL PAUERSTEIN SANDOLOSKI
AGATHER LLP
CHRISTOPHER A. WRIGHT
755 EAST MULBERRY, SUITE 200
SAN ANTONIO TX 78212

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,875.84** |

NTX DRAIN SURGEON LLC
PO BOX 8779
FORT WORTH TX 76124-0779

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$43,501.93** |

OLSEN AIR
519 EAST I 30
SUIT 728
ROCKWALL TX 75087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$591.05** |

P3 BUILDS
625 DIGITAL DRIVE STE 500
PLANO TX 75075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$275.00** |

PARADISE LAWNS OF TEXAS
PO BOX 870461
MESQUITE TX 75187-0461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,654.37** |

PARTS TOWN LLC
27787 NETWORK PLACE
CHICAGO IL 60673-1277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,491.60** |

PAVION CORP
4151 LAFAYETTE CENTER DRIVE SUITE 700
CHANTILLY VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00** |

PEARLAND ALARM REGISTRATION/ FALSE ALARM
2555 CULLEN PKWY
PEARLAND TX 77581

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,872.35** |

PEPSI-COLA COMPANY
75 REMITTANCE DRIVE
SUITE 1884
CHICAGO IL 60675-1884

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,732.00** |

PEREZ LANDSCAPING
601 W HENDRICKS
CEDAR HILL TX 75104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$649.54** |

PLUMBERS DRAIN CLEANING INC
13441 AYLA RD
EL PASO TX 79938

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|

$1,000.00

PMINSITE
7139 COLDSTREAM DRIVE
PASADENA TX 77505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|

$5,814.81

PROVIDENT MERCHANDISE SOURCING, LLC
107 HAMPTON ROAD
SUITE 170
CLEARWATER FL 33759

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|

$97.78

PUBLIC IMAGERY
7703 ANDERSON ROAD
TAMPA FL 33634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|

$1,073.88

PYE BARKER FIRE & SAFETY LLC
6701 IMPERIAL DRIVE
WACO TX 76712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|

$6,153.31

PYE BARKER FIRE & SAFETY LLC
2500 NORTHWINDS PARKWAY SUITE 200
ALPHARETTA GA 30009-2252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,299.00 |
| | RANGER LAWN PROS<br>4611 TANNER PEAK<br>SAN ANTONIO TX 78247 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $457.36 |
| | RC SECURITY CONSULTING INC<br>100 ALLENTOWN SUITE 104<br>ALLEN TX 75002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,426.25 |
| | RED BULL DISTRIBUTION COMPANY INC<br>3975 MONACO PARKWAY - UNIT A<br>DENVER CO 80207 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $600.00 |
| | RESCOM CONSTRUCTION<br>3049 TIERRA MINA<br>EL PASO TX 79938 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $4,893.23 |
| | RESTAURANT MAGIC<br>8383 SENECA TURNPIKE<br>NEW HARTFORD NY 13413 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.156**

**Nonpriority creditor's name and mailing address**

RESTAURANT TECHNOLOGIES
2250 PILOT KNOB RD
MENDOTA HIGHTS MN 55120

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No  ☐ Yes

**$1,143.29**

---

**3.157**

**Nonpriority creditor's name and mailing address**

RIVERA,MATTISEN
SICO HOELSCHER HARRIS LLP
JASON P. HOELSCHER; MIRANDA J. COOK
802 N. CARANCAHUA, SUITE 500
CORPUS CHRISTI TX 78401

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>LITIGATION</u>

**Is the claim subject to offset?** ■ No  ☐ Yes

**UNDETERMINED**

---

**3.158**

**Nonpriority creditor's name and mailing address**

RKL 3701 LITTLE OWL LLC
PO BOX 3203
LAKE HAVASU CITY AZ 86405

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No  ☐ Yes

**$176,312.50**

---

**3.159**

**Nonpriority creditor's name and mailing address**

ROCHESTER ARMORED CAR CO INC
P.O. BOX 8
DOWNTOWN STATION
OMAHA NE 68101

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No  ☐ Yes

**$365.70**

---

**3.160**

**Nonpriority creditor's name and mailing address**

ROOFINGSOURCE
6255 W HOWARD ST
NILES IL 60714

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No  ☐ Yes

**$3,061.35**

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$848.90** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

ROOFTOP SOLUTIONS
2019 CORPORATE LN
SUITE 119
NAPERVILLE IL 60563

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

ROSS DAVIS TRUSTEE
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
JOHN A. GARZA
24 GREENWAY PLAZA, SUITE 2050
HOUSTON TX 77046

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$500.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

ROYAL GARDEN
1201 EAST PARK BLVD APT 1424
PLANO TX 75074

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,175.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

SAN ANTONIO POLICE DEPARTMENT
315 S SANTA ROSA STREET
SAN ANTONIO TX 78207

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,499.45** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

SERVICE FIRST PRO
610 DIVISION
TEXARKANA AR 71854

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,046.50**

SHELLS & TAILS LLC
3215 N PARK DR
MISSOURI CITY TX 77459

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$83.93**

SHORELINE PLUMBING CO
1954 SARATOGA BLVD
CORPUS CHRISTI TX 78417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,995.60**

SIGNMANAGER INC
129 W JACKSON AVE
UNIT 104
KNOXVILLE TN 37902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,028.70**

SOUTH TEXAS LAUNDRY
708 CANTWELL LANE
CORPUS CHRISTI TX 78408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?** ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$431.70**

SPECIALTY LIGHTING GROUP
PO BOX 1196
NEW HAVEN CT 06505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>      **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**      **Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | <u>25-80102</u> |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $669.00 |
|---|---|---|---|

SPIRIT STAR
PO BOX 155426
FT WORTH TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $275,577.84 |
|---|---|---|---|

SREP CPCFWTX LLC - SPIRE RE
5210 MCKINNEY AVE
DALLAS TX 75205-3357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

SREP-CPCFWTX, LLC
WINSTEAD PC
M. KASEY RATLIFF; MATTHEW K. JOECKEL
500 WINSTEAD BUILDING
2728 N. HARWOOD ST.
DALLAS TX 75201

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $25,673.32 |
|---|---|---|---|

STAPLES BUSINESS ADVANTAGE
PO BOX 412526
DEPT B0S
BOSTON MA 02241-5256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $15,786.78 |
|---|---|---|---|

STAR REMODELING OF TEXAS
55 LOST OAK CT
MISSOURI CITY TX 77459

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$768.60**

STATEWIDE PROTECTIVE SERVICES
11911 BAILEY HILLS
SAN ANTONIO TX 78253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$189,875.00**

TALLEY CULEBRA 2017 LLC
9993 IH 10 WEST, SUITE 102
SAN ANTONIO TX 78230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$891.98**

TAYLOR'S RENTAL EQUIPMENT CO, INC.
220 UNIVERSITY DR.
FORT WORTH TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,616.62**

TDINDUSTRIES INC
13850 DIPLOMAT DRIVE
DALLAS TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$378.88**

TECH SERVICE TODAY LLC
1903 S CONGRESS AVE
SUITE NO 305
BOYNTON BEACH FL 33426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |
| --- | --- | --- | --- |

TEXAS PERFECT POWERWASH LLC
10954 JENNIFER CIRCLE
FORNEY TX 75126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$411.35** |
| --- | --- | --- | --- |

TEXAS WELDING AND SEALS
904 S COCKRELL HILL RD
OVILLA TX 75154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,190.65** |
| --- | --- | --- | --- |

TEXCOM REFRIGERATION
360 MC CUNE
EL PASO TX 79915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,010.77** |
| --- | --- | --- | --- |

THE BEARDED HANDYMAN
309 OLD COURSE DR
FRIENDSWOOD TX 77546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$36,858.29** |
| --- | --- | --- | --- |

THE ICEBOX
700 LAKE AVE
ATLANTA GA 30307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address**<br><br>THOMAS J. HOLLAND, III<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>LITIGATION</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **UNDETERMINED** |
| 3.187 | **Nonpriority creditor's name and mailing address**<br><br>TIYJAH GILBERT<br>C/O VASQUEZ LAW FIRM<br>SCOTT S. VASQUEZ<br>3020 TOM MILLER ST<br>AUSTIN TX 78723<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>LITIGATION</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **UNDETERMINED** |
| 3.188 | **Nonpriority creditor's name and mailing address**<br><br>VERAS POWER WASH<br>9159 PORT VICTORIA<br>SAN ANTONIO TX 78242<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$3,562.43** |
| 3.189 | **Nonpriority creditor's name and mailing address**<br><br>VINSUE CORP<br>5 GLENMARE MEWS<br>NYACK NY 10960<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$206,555.90** |
| 3.190 | **Nonpriority creditor's name and mailing address**<br><br>VINSUE CORPORATION<br>KANE RUSSELL COLEMAN LOGAN PC<br>ROBERT N. LEMAY; JAMIE R. WILSON<br>901 MAIN ST, SUITE 5200<br>DALLAS TX 75202<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>LITIGATION</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **UNDETERMINED** |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$244.50**

VIVA DISTRUBUTING LLC
PO BOX 679173
DALLAS TX 75267-9173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,554.48**

WASTELESS SOLUTIONS LLC
54 GARDNER RD
GRADY AL 36036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$7,378.57**

WEST TEXAS REFRIGERATION
10700 STATE HWY 191
MIDLAND TX 79707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$730.69**

WORTH FIRE & SECURITY
7501 HWY 287 SUITE C1
ARLINGTON TX 76001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$500.00**

YBOD
16918 BOUGAINVILLA LN
FRIENDSWOOD TX 77546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **TW Restaurant Holder, LLC**                                    Case number (if known)    __25-80102__
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|--------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|--------------------------|------------------------------------------------------------------------|------------------------------------------|

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|--------|-------------------------------|---|-------------------------|---------------|
| | Name | | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **266,868.95** <br> **plus undetermined amounts** |
| **5b. Total claims from Part 2** | 5b. + $ | **348,007,394.57** <br> **plus undetermined amounts** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ | **348,274,263.52** <br> **plus undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name **TW Restaurant Holder, LLC**

United States Bankruptcy Court for the: **Northern District of Texas (Dallas)**

Case number (if known) **25-80102**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 235 - SAN PEDRO | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 13131 SAN PEDRO LLC<br>ATTN: SOLOMON HASELNUSS<br>2501 SOUTH OCEAN DRIVE, APT 911<br>HOLLYWOOD FL 33019 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - WACO, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 254 LAWNS<br>ATTN: GENERAL COUNSEL<br>134 DOSHER LANE<br>WOODWAY TX 76712 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 813 - GARLAND | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 4000 BASS PRO DRIVE, LLC<br>ATTN: CHESKY FRANKEL<br>1318 AVE J<br>BROOKLYN NY 11230 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 2 - ADDISON | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | ALBERT GONZALEZ |
| | List the contract number of any government contract | | ADDRESS ON FILE |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - PARKING - SAN ANTONIO | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | AMF BOWLING CENTERS INC |
| | List the contract number of any government contract | | ATTN: BRIAN JONES<br>222 W 44TH STREET, 4TH FLOOR<br>NEW YORK NY 10036 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 870 - GRAND PRAIRIE | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | ARC CAFEUSA001, LLC |
| | List the contract number of any government contract | | C/O VEREIT, INC<br>ATTN: ANN RANGEL<br>2325 CAMELBACK ROAD, SUITE 1100<br>PHOENIX AZ 85016 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | TEXAS AGREEMENTS - SAN ANGELO, TX | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | AVERY L FOSTER |
| | List the contract number of any government contract | | ADDRESS ON FILE |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 111 - IRVING | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | BELTLINE AND GRANDE LP |
| | List the contract number of any government contract | | ATTN: KHANIE NOMICHIT<br>3102 MAPLE AVENUE, STE. 350<br>DALLAS TX 75201 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 232 - SAN ANTONIO NORTH | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CK HALL, LLC<br>ATTN: JOHN CROWDER (KELLY HALL)<br>5730 STONEGATE ROAD<br>DALLAS TX 75209 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 172 - NASA | |
| | **State the term remaining** | 2,801 DAYS | |
| | **List the contract number of any government contract** | | CLEAR LAKE CENTER, LP<br>ATTN: BUSTER FREEDMAN<br>4545 BISSONNET ST., STE 100<br>BELLAIRE TX 77401 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD FORM OF AGREEMENT BETWEEN OWNER AND CONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CRAWFORD HENRICHSON AND CRAWFORD CONSTRUCTION LLC<br>ATTN: GENERAL COUNSEL<br>16775 ADDISON RD<br>STE 350<br>ADDISON TX 75001 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - BEAUMONT, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CRYSTAL CLEAN WINDOW CLEANING<br>ATTN: GENERAL COUNSEL<br>13000 MAIN RD.<br>MATTITUCK NY 11952 |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 866 - BAYTOWN | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DAVIS BROS., L.L.C.<br>ATTN: LANCE DAVIS<br>ONE HOUSTON CENTER<br>1221 MCKINNEY STREET, #3100<br>HOUSTON TX 77010 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | TEXAS AGREEMENTS - KIRBY, TX | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DELUNA LANDSCAPING<br>3857 HIGH COUNTRY DR<br>BRYAN TX 77808 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 852 - ABILENE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DERMODY FAMILY LIMITED PARTNERSHIP I<br>ATTN: GUILA D. TURVILLE<br>PO BOX 7097<br>RENO NV 89510 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 57 - WEST END | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DORBET, INC<br>ATTN: JULIE UPTON<br>1919 SO. SHILOH, LB 36<br>GARLAND TX 75042 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 453 - MCKINNEY | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DRUMLORD, LTD<br>ATTN: JOHN CROWDER (KELLY HALL)<br>5730 STONEGATE ROAD<br>DALLAS TX 75209 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | State the term remaining | 275 DAYS | |
| | List the contract number of any government contract | | ECOLAB INC<br>ATTN: GENERAL COUNSEL<br>ECOLAB CENTER<br>370 WABASHA ST NORTH<br>ST PAUL MN 55102 |

| Debtor | TW Restaurant Holder, LLC | | Case number (if known) | 25-80102 |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | **State the term remaining** | 275 DAYS | |
| | **List the contract number of any government contract** | | ECOLAB INC<br>ATTN: JEFFREY HUNDT, CORPORATE ACCOUNT MANAGER II<br>13000 DEERFIELD PKWY<br>STE 300<br>MILTON GA 30004 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT AND SEVICES SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOLAB INC<br>ATTN: GENERAL COUNSEL<br>1 ECOLAB PL<br>ST PAUL MN 55102 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT AND SEVICES SUPPLY AGREEMENT | |
| | **State the term remaining** | 275 DAYS | |
| | **List the contract number of any government contract** | | ECOLAB INC<br>ATTN: GENERAL COUNSEL<br>1 ECOLAB PL<br>ST PAUL MN 55102 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO PRODUCT AND SERVICES SUPPLY AGREEMENT BETWEEN ECOLAB INC AND HOOTERS OF AMERICA, LLC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOLAB INC<br>ATTN: GENERAL COUNSEL<br>1 ECOLAB PL<br>ST PAUL MN 55102 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - BEAUMONT, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EL IRRIGATION AND LANDSCAPING<br>ATTN: GENERAL COUNSEL<br>1905 ANGELINA STREET<br>BEAUMONT TX 77701 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 5 - AMARILLO | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENGLER NORTHWEST, LLC<br>ATTN: BRAYDEN ENGLER<br>30953 WILLARD LANE<br>CONCRETE WA 98237 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - LAREDO, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ESCAMILLIAS LANDSCAPING SERVICE<br>ATTN: GENERAL COUNSEL<br>3316 S MARTIN AVE<br>LAREDO TX 78046 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - SEABROOK, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ESCOBAR LAWN SERVICE N/A<br>ATTN: GENERAL COUNSEL<br>PO BOX 111<br>WOODBRIDGE VA 22191 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - BRYAN, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ESCOBAR'S LAWN SERVICES, LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 111<br>WOODBRIDGE VA 22191 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 569 - DENTON | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FOURCORNERSTONES IV, LTD<br>ATTN: JOHN CROWDER (KELLY HALL)<br>5730 STONEGATE ROAD<br>DALLAS TX 75209 |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 578 - ODESSA | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FOURCORNERSTONES IX, LTD<br>ATTN: JOHN CROWDER (KELLY HALL)<br>5730 STONEGATE ROAD<br>DALLAS TX 75209 |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 672 - PASADENA TX | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FOURCORNERSTONES XV, LTD<br>ATTN: JOHN CROWDER (KELLY HALL)<br>5730 STONEGATE ROAD<br>DALLAS TX 75209 |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 667 - KATY | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FOURCORNERSTONES XVI, LTD<br>ATTN: JOHN CROWDER (KELLY HALL)<br>5730 STONEGATE ROAD<br>DALLAS TX 75209 |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 539 - HUMBLE | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FOURCORNERSTONES, LTD<br>ATTN: JOHN CROWDER (KELLY HALL)<br>5730 STONEGATE ROAD<br>DALLAS TX 75209 |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 538 - LUBBOCK | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FSLRO 4950 SOUTH LOOP LUBBOCK, LP<br>ATTN: PATRICIA SULLIVAN<br>2000 MCKINNEY AVE, SUITE 1000<br>DALLAS TX 75201 |

Debtor **TW Restaurant Holder, LLC** _____ Case number (if known) **25-80102**
Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREAT-WEST TRUST COMPANY LLC ATTN: GENERAL COUNSEL 8515 EAST ORCHARD RD GREENWOOD VILLAGE CO 80111 |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 657 - TEXARKANA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HEINRICH J. ABERLE REVOCABLE TRUST ADDRESS ON FILE |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 855 - HOUSTON MEMORIAL | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HOUSER HOLDINGS, LLC ATTN: TERESA THURMAN 2764 N. GREEN VALLEY PKWY # 802 HENDERSON NV 89014 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 87 - FORT WORTH | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JAJYA928, LP ATTN: YING CHEN 4001 BRIARPARK DRIVE HOUSTON TX 77042 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 210 - PLANO | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JAMES E STALKER HERITAGE TRUST ADDRESS ON FILE |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - LEWISVILLE, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JCR CLEANING<br>ATTN: GENERAL COUNSEL<br>1315 AIRLINE DR<br>GRAPEVINE TX 76051 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - ARLINGTON SOUTH, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JCR CLEANING<br>ATTN: GENERAL COUNSEL<br>1315 AIRLINE DR<br>GRAPEVINE TX 76051 |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - FT WORTH DOWNTOWN, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JCR CLEANING<br>ATTN: GENERAL COUNSEL<br>1315 AIRLINE DR<br>GRAPEVINE TX 76051 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 857 - CEDAR HILL | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KATE LLC<br>ATTN: ALFRED & KATE QUAGLIATA<br>23781 NAPOLI WAY<br>BONITA SPRINGS FL 34134 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 826 - HARLINGEN | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KD9LIVES, LLC<br>ATTN: KIT DUONG<br>PO BOX 576727<br>MODESTO CA 95357 |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 838 - SA WEST | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | KD9LIVES, LLC<br>ATTN: KIT DUONG<br>PO BOX 576727<br>MODESTO CA 95357 |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - EL PASO EAST | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LA NIDADA LLC AND LAS COLCHAS LLC<br>ATTN: DANIEL VIGIL/JEANETTE JOJOLA<br>11000 CANDELARIA RD NE, SUITE 102E<br>ALBUQUERQUE NM 87112 |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | TEXAS AGREEMENTS - BAYTOWN, TX | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LUIS F RANDS<br>ADDRESS ON FILE |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 634 - BEAUMONT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MANSOOR VIRANI<br>ADDRESS ON FILE |
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 877 - SAN ANGELO, TX | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MGBL PROPERTIES LLC<br>ATTN: GENERAL COUNSEL<br>3058 WENTWORTH WAY<br>TARPON SPRINGS FL 34688 |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 869 - BRYAN | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MZL PROPERTIES, LLC<br>ATTN: ZITA LIEBERMENSCH<br>5918 OVERLAKE AVENUE<br>SAN DIEGO CA 92120 |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 607 - WACO | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NDF LLC<br>ATTN: PETER CHO<br>2799 E TROPICANA AVE, SUITE H<br>LAS VEGAS NV 89121 |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 231 - RIVERWALK | |
|---|---|---|---|
| | **State the term remaining** | 3,013 DAYS | |
| | **List the contract number of any government contract** | | NEW RIVERCENTER MALL II, LP<br>ATTN: ANNA RIOS<br>849 E. COMMERCE ST #895<br>SAN ANTONIO TX 78205 |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORAGE - RIVERWALK | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NEW RIVERCENTER MALL II, LP<br>ATTN: ANNA RIOS<br>849 E. COMMERCE ST #895<br>SAN ANTONIO TX 78205 |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 170 - NORTH RICHLAND HILLS | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NRH INVESTORS, LLC<br>ATTN: TIM DORSEY<br>5335 SPRING VALLEY ROAD<br>DALLAS TX 75254 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - ARLINGTON SOUTH, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PEREZ LANDSCAPING<br>ATTN: GENERAL COUNSEL<br>601 W HENDRICKS<br>CEDAR HILL TX 75104 |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 243 - SPRING | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PRIME REAL ESTATE US II PROPERTIES INC.<br>ATTN: PATRIC GLASSELL<br>2975 REGENT BLVD<br>IRVING TX 75063 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 872 - WICHITA FALLS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RKL 3701 LITTLE OWL, LLC<br>ATTN: RON LEE LITTLE<br>3007 VIRGINIA STREET<br>SANTA MONICA CA 90404 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 7 - ARLINGTON NORTH | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROSSMORE ENTERPRISES<br>ATTN: PHIL SIRIANNI, ERIC MANGELSEN, GAIL MASON<br>605 E. MAIN ST., #7<br>ASPEN CO 81611 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 403 - GRAPEVINE | |
| | **State the term remaining** | 1,402 DAYS | |
| | **List the contract number of any government contract** | | ROTKREUZ, LLC & PRADEEP VAISH<br>ATTN: MANU VAISH<br>10624 S EASTERN AVE, SUITE A-646<br>HENDERSONVILLE NV 89052 |

| Debtor | TW Restaurant Holder, LLC | Case number (if known) | 25-80102 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 827 - SAN MARCOS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SCOTT AND LISA LITTLE ADDRESS ON FILE |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO EXTEND THE AGREEMENT FOR AN ADDITIONAL PERIOD (ADDENDUM TO SERVICE AGREEMENT FOR ADMINISTRATIONS OF A CLAIMS PROGRAM, EFFECTIVE 1/1/21) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SEDGWICK CLAIMS MANAGEMENT SERVICES INC ATTN: GENERAL COUNSEL 8125 SEDGWICK WAY MEMPHIS TN 38125 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS AGREEMENTS - GALVESTON, TX | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOUTHERN SELECT MAIN AND LANDSCAPING ATTN: GENERAL COUNSEL PO BOX 34310 PASADENA TX 77234 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 228 - ROUND ROCK | |
| | **State the term remaining** | 3,501 DAYS | |
| | **List the contract number of any government contract** | | SOUTHFORK PROPERTIES, LTD. CO. ATTN: MATT BARRIER 119 W. VIRGINIA, STE 203 MCKINNEY TX 75069 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 849 - GALVESTON | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TALLEY CULEBRA 2017, LLC ATTN: DIANA BATRES 993 IH 10 W #102 SAN ANTONIO TX 78230 |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 846 - FORT WORTH DOWNTOWN | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | THROCKMORTON FW 2, LLC ATTN: CAMPBELL HENRY 2001 BRYAN STREET, SUITE 1550 DALLAS TX 75201 |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | TEXAS AGREEMENTS - LUBBOCK, TX | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | VERTICAL LEFT SERVICES INC. ATTN: GENERAL COUNSEL 16813 COUNTY ROAD STE 2110 LUBBOCK TX 79423 |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 825 - LAREDO | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | VINSUE CORP. ATTN: ROBERT LONZAK 5 GLENMARE MEWS NYACK NY 10960 |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 822 - PEARLAND | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | VISTA PANTHER PARTNERS III, LLC ATTN: GARY VAN EIK 841 QUAILS TRAIL ROAD VISTA CA 92081 |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT - STORE NO. 420 - WILLOWBROOK | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | WILLOWBROOK I SHOPPING CENTER LLC ATTN: LEON VAHN 6372 SANTA MONICA BLVD. LOS ANGELES CA 90038 |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 71 - EL PASO | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WINGLORD, LTD ATTN: JOHN CROWDER (KELLY HALL) 5730 STONEGATE ROAD DALLAS TX 75209 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 278 - FRISCO | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WINGLORD, LTD ATTN: JOHN CROWDER (KELLY HALL) 5730 STONEGATE ROAD DALLAS TX 75209 |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 157 - MESQUITE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WINGLORD, LTD ATTN: JOHN CROWDER (KELLY HALL) 5730 STONEGATE ROAD DALLAS TX 75209 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 471 - SELMA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WINGLORD, LTD ATTN: JOHN CROWDER (KELLY HALL) 5730 STONEGATE ROAD DALLAS TX 75209 |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 440 - SUGARLAND | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WINGLORD, LTD ATTN: JOHN CROWDER (KELLY HALL) 5730 STONEGATE ROAD DALLAS TX 75209 |

| Debtor | **TW Restaurant Holder, LLC** | Case number (if known) | **25-80102** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - STORE NO. 55 - CORPUS CHRISTI | |
| | **State the term remaining** | UNDETERMINED | |
| | | | YLLS FAMILY, LP<br>ATTN: YALEE SHIH<br>6017 ST. DENIS ST.<br>CORPUS CHRISTI TX 78414 |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name    **TW Restaurant Holder, LLC**

United States Bankruptcy Court for the:    **Northern District of Texas (Dallas)**

Case number (if known)    **25-80102**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | DW RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D   2.1<br>☐ E/F<br>☐ G |
| 2.2 | DW RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D   2.2<br>☐ E/F<br>☐ G |
| 2.3 | HI LIMITED PARTNERSHIP | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D   2.1<br>☐ E/F<br>☐ G |
| 2.4 | HI LIMITED PARTNERSHIP | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D   2.2<br>☐ E/F<br>☐ G |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | D / E/F / G | |
|---|---|---|---|---|---|
| 2.5 | HOA FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D     2.2<br>☐ E/F ____<br>☐ G ____ | |
| 2.6 | HOA FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D     2.1<br>☐ E/F ____<br>☐ G ____ | |
| 2.7 | HOA FUNDING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D     2.1<br>☐ E/F ____<br>☐ G ____ | |
| 2.8 | HOA FUNDING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D     2.2<br>☐ E/F ____<br>☐ G ____ | |
| 2.9 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | 13131 SAN PEDRO LLC | ☐ D ____<br>☐ E/F ____<br>■ G     2.1 | |
| 2.10 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | 4000 BASS PRO DRIVE, LLC | ☐ D ____<br>☐ E/F ____<br>■ G     2.3 | |
| 2.11 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | ARC CAFEUSA001, LLC | ☐ D ____<br>☐ E/F ____<br>■ G     2.6 | |
| 2.12 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D     2.2<br>☐ E/F ____<br>☐ G ____ | |
| 2.13 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D     2.1<br>☐ E/F ____<br>☐ G ____ | |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| 2.14 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | DAVIS BROS., L.L.C. | ☐ D<br>☐ E/F<br>☒ G |  <br> <br>2.13 |
| 2.15 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | DERMODY FAMILY LIMITED<br>PARTNERSHIP I | ☐ D<br>☐ E/F<br>☒ G |  <br> <br>2.15 |
| 2.16 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | DRUMLORD, LTD | ☐ D<br>☐ E/F<br>☒ G |  <br> <br>2.17 |
| 2.17 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | ENGLER NORTHWEST, LLC | ☐ D<br>☐ E/F<br>☒ G |  <br> <br>2.24 |
| 2.18 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | FOURCORNERSTONES IX,<br>LTD | ☐ D<br>☐ E/F<br>☒ G |  <br> <br>2.29 |
| 2.19 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | FOURCORNERSTONES,<br>LTD | ☐ D<br>☐ E/F<br>☒ G |  <br> <br>2.32 |
| 2.20 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | FSLRO 4950 SOUTH LOOP<br>LUBBOCK, LP | ☐ D<br>☐ E/F<br>☒ G |  <br> <br>2.33 |
| 2.21 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | HEINRICH J. ABERLE<br>REVOCABLE TRUST | ☐ D<br>☐ E/F<br>☒ G |  <br> <br>2.35 |
| 2.22 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE<br>ATLANTA GA 30339 | HOUSER HOLDINGS, LLC | ☐ D<br>☐ E/F<br>☒ G |  <br> <br>2.36 |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | KATE LLC | ☐ D ☐ E/F ■ G 2.42 |
| 2.24 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | KD9LIVES, LLC | ☐ D ☐ E/F ■ G 2.43 |
| 2.25 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | KD9LIVES, LLC | ☐ D ☐ E/F ■ G 2.44 |
| 2.26 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | LA NIDADA LLC AND LAS COLCHAS LLC | ☐ D ☐ E/F ■ G 2.45 |
| 2.27 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | MGBL PROPERTIES LLC | ☐ D ☐ E/F ■ G 2.48 |
| 2.28 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | MZL PROPERTIES, LLC | ☐ D ☐ E/F ■ G 2.49 |
| 2.29 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | NDF LLC | ☐ D ☐ E/F ■ G 2.50 |
| 2.30 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | NEW RIVERCENTER MALL II, LP | ☐ D ☐ E/F ■ G 2.51 |
| 2.31 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | RKL 3701 LITTLE OWL, LLC | ☐ D ☐ E/F ■ G 2.56 |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| 2.32 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | TALLEY CULEBRA 2017, LLC | ☐ D ☐ E/F ■ G 2.63 |
| 2.33 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | THROCKMORTON FW 2, LLC | ☐ D ☐ E/F ■ G 2.64 |
| 2.34 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | VINSUE CORP. | ☐ D ☐ E/F ■ G 2.66 |
| 2.35 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | VISTA PANTHER PARTNERS III, LLC | ☐ D ☐ E/F ■ G 2.67 |
| 2.36 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | WILLOWBROOK I SHOPPING CENTER LLC | ☐ D ☐ E/F ■ G 2.68 |
| 2.37 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | WINGLORD, LTD | ☐ D ☐ E/F ■ G 2.72 |
| 2.38 | HOA HOLDCO, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | WINGLORD, LTD | ☐ D ☐ E/F ■ G 2.73 |
| 2.39 | HOA IP GP, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D 2.2 ☐ E/F ☐ G |
| 2.40 | HOA IP GP, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D 2.1 ☐ E/F ☐ G |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.41 | HOA KANSAS RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ☑ D  2.1 <br> ☐ E/F <br> ☐ G |
| 2.42 | HOA KANSAS RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ☑ D  2.2 <br> ☐ E/F <br> ☐ G |
| 2.43 | HOA LAUREL, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ☑ D  2.2 <br> ☐ E/F <br> ☐ G |
| 2.44 | HOA LAUREL, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ☑ D  2.1 <br> ☐ E/F <br> ☐ G |
| 2.45 | HOA MARYLAND RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ☑ D  2.1 <br> ☐ E/F <br> ☐ G |
| 2.46 | HOA MARYLAND RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ☑ D  2.2 <br> ☐ E/F <br> ☐ G |
| 2.47 | HOA RESTAURANT GROUP, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | JAJYA928, LP | ☐ D <br> ☐ E/F <br> ☑ G  2.37 |
| 2.48 | HOA RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ☑ D  2.2 <br> ☐ E/F <br> ☐ G |
| 2.49 | HOA RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ☑ D  2.1 <br> ☐ E/F <br> ☐ G |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 2.50 | HOA SYSTEMS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ☐ E/F ☐ G | 2.1 |
| 2.51 | HOA SYSTEMS, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ☐ E/F ☐ G | 2.2 |
| 2.52 | HOA TOWSON, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ☐ E/F ☐ G | 2.1 |
| 2.53 | HOA TOWSON, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ☐ E/F ☐ G | 2.2 |
| 2.54 | HOA WALDORF, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ☐ E/F ☐ G | 2.1 |
| 2.55 | HOA WALDORF, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ☐ E/F ☐ G | 2.2 |
| 2.56 | HOOTS FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ☐ E/F ☐ G | 2.1 |
| 2.57 | HOOTS FRANCHISING, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ☐ E/F ☐ G | 2.2 |
| 2.58 | HOOTS RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D ☐ E/F ☐ G | 2.1 |

| Debtor | **TW Restaurant Holder, LLC** | | Case number (if known) | **25-80102** |
|---|---|---|---|---|
| | Name | | | |

| 2.59 | HOOTS RESTAURANT HOLDER, LLC | 1815 THE EXCHANGE SE ATLANTA GA 30339 | CITIBANK, N.A., AS TRUSTEE AND SECURITIES INTERMEDIARY | ■ D | 2.2 |
| | | | | ☐ E/F | |
| | | | | ☐ G | |

**Fill in this information to identify the case:**

Debtor name __**TW Restaurant Holder, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS (DALLAS)__

Case number (if known) __**25-80102**__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 15, 2025**__     χ **/s/ Keith Maib**
_____
Signature of individual signing on behalf of the debtor

**Keith Maib**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor